B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lubbock, Texas - Highland Medical Center, L.P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Highland Community Hospital; DBA Highland Medical Center** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**04-3633368** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**2412 50th Street**<br>**Lubbock, TX**       ZIP Code **79412** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Lubbock** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):     **2412 50th Street Lubbock, TX 79412**

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
■ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

■ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lubbock, Texas - Highland Medical Center, L.P.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _____  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | Lubbock, Texas - Highland Medical Center, L.P. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Max R. Tarbox**
Signature of Attorney for Debtor(s)

**Max R. Tarbox 19639950**
Printed Name of Attorney for Debtor(s)

**McWhorter, Cobb & Johnson, LLP**
Firm Name

**P.O. Box 2547**
**Lubbock, TX 79408**

_____
Address

**Email: mrichburg@mcjllp.com**
**806/762-0214 Fax: 806/762-8014**
Telephone Number

**May 31, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Hershel J. Breig**
Signature of Authorized Individual

**Hershel J. Breig**
Printed Name of Authorized Individual

**Senior VP of Highland West Texas Medical Services, Inc GP**
Title of Authorized Individual

**May 31, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re    **Lubbock, Texas - Highland Medical Center, L.P.**      Case No. _____

                                           Debtor(s)      Chapter     **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Beckman Coulter Inc.**<br>**Dept CH 10164**<br>**Palatine, IL 60055** | **Beckman Coulter Inc.**<br>**Dept CH 10164**<br>**Palatine, IL 60055**<br>**800 743-0197** | | | **111,810.49** |
| **Community Health Systems**<br>**7100 Commerce Way, Suite 100**<br>**Brentwood, TN 37027** | **Nancy Beydler**<br>**Community Health Systems**<br>**7100 Commerce Way, Suite 100**<br>**Brentwood, TN 37027**<br>**615 465-7246** | | | **350,000.00** |
| **Depuy Orthopaedics Inc.**<br>**5972 Collection Center Drive**<br>**Chicago, IL 60693** | **Depuy Orthopaedics Inc.**<br>**5972 Collection Center Drive**<br>**Chicago, IL 60693**<br>**800 544-7899** | | | **351,815.23** |
| **GE Healthcare Financial Services**<br>**P.O. Box 641419**<br>**Pittsburgh, PA 15264** | **GE Healthcare Financial Services**<br>**P.O. Box 641419**<br>**Pittsburgh, PA 15264**<br>**800 225-7480** | | | **159,046.85** |
| **Griffin Wink Advertising**<br>**8004 York Avenue**<br>**Lubbock, TX 79424** | **Griffin Wink Advertising**<br>**8004 York Avenue**<br>**Lubbock, TX 79424**<br>**806 791-0045** | | | **122,793.25** |
| **Hallmark Rehabilitation**<br>**27442 Portola Parkway**<br>**Foothill Ranch, CA 92610** | **Hallmark Rehabilitation**<br>**27442 Portola Parkway**<br>**Foothill Ranch, CA 92610**<br>**817 235-4885** | | | **223,843.22** |
| **Healthcare Management Systems**<br>**3102 West End Avenue, Suite 400**<br>**Nashville, TN 37203** | **Healthcare Management Systems**<br>**3102 West End Avenue, Suite 400**<br>**Nashville, TN 37203**<br>**800 692-3849** | | | **277,101.68** |
| **Internal Revenue Service**<br>**P.O. Box 249**<br>**Memphis, TN 38101** | **Internal Revenue Service**<br>**P.O. Box 249**<br>**Memphis, TN 38101** | | | **2,738,336.79** |
| **International Health Systems**<br>**8816 Manchester Road**<br>**# 191**<br>**Brentwood, MO 63144** | **International Health Systems**<br>**8816 Manchester Road**<br>**# 191**<br>**Brentwood, MO 63144** | | | **177,330.42** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   __Lubbock, Texas - Highland Medical Center, L.P.__                                    Case No.   _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Jakeco LOC LLC DBA**<br>**627 Shadow Creek Blvd**<br>**Buda, TX 78610** | **Jakeco LOC LLC DBA**<br>**627 Shadow Creek Blvd**<br>**Buda, TX 78610** | | | **82,567.50** |
| **Locumtenens.com**<br>**P.O. Box 532869**<br>**Atlanta, GA 30353** | **Locumtenens.com**<br>**P.O. Box 532869**<br>**Atlanta, GA 30353**<br>**800 562-8663** | | | **315,006.43** |
| **Luker Pharmacy Mgmt**<br>**1072 FM 1888**<br>**Blanco, TX 78606** | **Luker Pharmacy Mgmt**<br>**1072 FM 1888**<br>**Blanco, TX 78606** | | | **360,651.08** |
| **Medicare**<br>**P. O. Box 1602**<br>**Omaha, NE 68175** | **Medicare**<br>**P. O. Box 1602**<br>**Omaha, NE 68175** | | | **559,185.00** |
| **New Direct OP Couns. Center**<br>**401 Market Street, Suite 1150**<br>**Shreveport, LA 71101** | **New Direct OP Couns. Center**<br>**401 Market Street, Suite 1150**<br>**Shreveport, LA 71101** | | | **82,567.50** |
| **Owens and Minor**<br>**P.O. Box 841420**<br>**Dallas, TX 75284** | **Owens and Minor**<br>**P.O. Box 841420**<br>**Dallas, TX 75284**<br>**713 939-3328** | | | **103,135.71** |
| **Rodney Franklin, MD**<br>**3106 50th Street, Suite 400**<br>**Lubbock, TX 79413** | **Rodney Franklin, MD**<br>**3106 50th Street, Suite 400**<br>**Lubbock, TX 79413**<br>**806 698-8088** | | | **101,470.50** |
| **Shared Imaging**<br>**2186 Payshere Circle**<br>**Chicago, IL 60674** | **Shared Imaging**<br>**2186 Payshere Circle**<br>**Chicago, IL 60674** | | | **80,356.64** |
| **Shared Imaging**<br>**2186 Payshere Circle**<br>**Chicago, IL 60674** | **Shared Imaging**<br>**2186 Payshere Circle**<br>**Chicago, IL 60674**<br>**630 483-3980** | | | **80,356.64** |
| **Tenet Healthcare Corp.**<br>**P.O. Box 809088**<br>**Dallas, TX 75380** | **Tenet Healthcare Corp.**<br>**P.O. Box 809088**<br>**Dallas, TX 75380**<br>**469 893-2000** | | | **830,046.87** |
| **Texas Emergency Room Services, PA**<br>**7032 Collection Center Drive**<br>**Chicago, IL 60693** | **Texas Emergency Room Services, PA**<br>**7032 Collection Center Drive**<br>**Chicago, IL 60693**<br>**214 712-2452** | | | **332,453.53** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   <u>**Lubbock, Texas - Highland Medical Center, L.P.**</u>                  Case No.  <u>                       </u>

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Senior VP of Highland West Texas Medical Services, Inc GP of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  <u>**May 31, 2008**</u>                      Signature  <u>**/s/ Hershel J. Breig**</u>

                                                    **Hershel J. Breig**
                                                    **Senior VP of Highland West Texas Medical Services, Inc GP**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

.

```
3 M CENTER
PO BOX 200715
Dallas, TX 75320-0715


AANP CERTIFICATION PROGRAM
PO BOX 12926
Austin, TX 78711


Abbott Nutrition
75 Remittance Dr.
Suite 1310
Chicago, IL 60675


ABCO Fire Protection, Inc.
14202 Hwy 87, South
Lubbock, TX 79423


ACCELECARE WOUND CENTERS, INC.
10900 NE 4TH STREET☐☐
Ste. 1920
Bellevue, WA 98004


Accelecare Wound Centers, Inc. and
Amicus Texas HyperBaric, LLP
% Grady Terrill
P.O. Box 1979
Lubbock, TX 79408


Acumed
7995 COLLECTION CNTR DR☐☐
Chicago, IL 60693


ADVANCED BIOHEALING, INC.
10933 N.TORREY PINES ROAD
SUITE 200
La Jolla, CA 92037


ADVANCED BIONICS
25129 RYE CANYON LOOP
Valencia, CA 91355
```

Advanced Medical Partners Inc.
4360 BELTWAY PLACE
SUITE 230
Arlington, TX 76018


AFLAC
ATTN REMITT. PROCESSING
1932 WYNNTON ROAD
Columbus, GA 31999-0797


AIRGAS SOUTHWEST
PO BOX 676031
Dallas, TX 75267-6031


ALADDIN TEMP RITE
PO BOX 8500 3431
Philadelphia, PA 19178-3431


Alberta D Rosales
2405 24TH ST
Lubbock, TX 79411


Alimed Inc.
PO BOX 9135
Dedham, MA 02027-9135


Allergan Sales LLC
12975 COLLECTINS CENTER DRIVE
Chicago, IL 60693


ALLIED WASTE SERVICES OF WEST TEXAS
PO BOX 78841
Phoenix, AZ 85062-8841


Alpha Labs Inc.
1505 BUDDY HOLLY AVE
Lubbock, TX 79401

```
ALSCO
% W.J. Wade, Jr.
Field, Manning, Stone, Hawthorne & Aycoc
2112 Indiana Avenue
Lubbock, TX 79410


ALSCO INC LUBBOCK
PO BOX 2508
Lubbock, TX 79408


AMERFILE
PO BOX 8067
Saint Louis, MO 63156


AMERICAN MEDICAL SYSTEMS
PO BOX 7247 6586
Philadelphia, PA 19170-6586


American Tool Door Co
8221 Ave D
Lubbock, TX 79404


Ameripath Lubbock
4920 S. Loop 289, Suite 101
Lubbock, TX 79414


Anna Ramirez
PO BOX 123
Smyer, TX 79367


APPLIANCE CENTER
2014 50TH STREET
Lubbock, TX 79412


ARMSTRONG MEDICAL
PO BOX 700
Lincolnshire, IL 60069-0700
```

Arthrex, Inc.
PO BOX 403511
Atlanta, GA 30384-3511


ARTHROCARE MEDICAL CORP
PO BOX 1450
Minneapolis, MN 55485-1450


Ascension Orthopeiedics
Dept. 0328
PO BOX 120328
Dallas, TX 75312


AT&T
PO BOX 940012
Dallas, TX 75394-0012


AT&T Advertising and Publishing
PO BOX 630052
Dallas, TX 75263-0052


AT&T Long Distance
P.O. Box 660688
Dallas, TX 75266


AT&T Payment Center
P.O. Box 930170
Dallas, TX 75393


Atmos Energy
P.O. Box 79073
Phoenix, AZ 85062


AUREUS HEATHCARE LLC
PO BOX 3037
Omaha, NE 68103-0037

B. BRAUN MEDICAL INC.
PO BOX 8500-53708
Philadelphia, PA 19178-3708


BAILEY BOILER WORKS
1103 FM 1585
LUBBOCK, TX


Barbara Bingham
PO BOX 486
Turkey, TX 79261


Barbara Rudd
3615 69TH ST
Lubbock, TX 79413


BARD ENDOSCOPIC TECH
PO BOX 75767
Charlotte, NC 28275


Basic Energy Services
PO BOX 749075
Dallas, TX 75374


BAY MEDICAL
12393 BELCHER ROAD
SUITE 450
Largo, FL 33773


BCBS of California
PO BOX 4194
Woodland Hills, CA 91365


BCBS Refund Dept.
PO BOX 805107
Chicago, IL 60680

BECKMAN COULTER CAPITAL
REF.NO 24550139
P O BOX 41601
Philadelphia, PA 19101-1601


BECKMAN COULTER INC
DEPT CH 10164
Palatine, IL 60055-0164


Beckman Coulter Inc.
Dept CH 10164
Palatine, IL 60055


Betty H Moseley
9600 QUAKER AVE
VILLA 12
Lubbock, TX 79424


Bill Fry
5726 78TH ST
Lubbock, TX 79424


Billy Moore
3805 76TH ST
Lubbock, TX 79413


BIO-RAD LABORATORIES
CLINICAL DIAGNOSTICS
DEPT. 9740
Los Angeles, CA 90084-9740


BIOMET BIOLOGICS
ATTN: LOCK BOX TELLER
P O BOX 902
South Bend, IN 46634


BIOMET INC
ATTEN:LOCK BOX TELLER
PO BOX 902
South Bend, IN 46634

BLK HEALTHCARE MANAGEMENT INC.
1214 MOSKOWITZ
Seabrook, TX 77586


Bobbie L Loggins
1904 56TH ST
Lubbock, TX 79412


BOOKS ARE FUN
PO BOX 2468
Fairfield, IA 52556


BOSTON SCIENTIFIC CORP
PO BOX 951653
Dallas, TX 75395-1653


BR HEALTHCARE SERVICES
17778 CAROL CIRCLE
Flint, TX 75762


BRANDON AND CLARK
PO BOX 3159
Lubbock, TX 79452-3159


BRASSELER USA MEDICAL LLC
ONE BRASSELER BVLD
Savannah, GA 31419


BREG
PO BOX 849991
Dallas, TX 75284-9991


BRETT GALLAGHER CRNA
5707 102ND STREET
Lubbock, TX 79424

Bridget Robinson
3611 100TH ST
Lubbock, TX 79423


BROCK LOCK AND KEY
8014 ELKHART
Lubbock, TX 79424


BUFFALO SPRING EMERG, PHYSICIAN
PO BOX 3159
Lubbock, TX 79452-3159


CARDINAL HEALTH MEDICAL
3698 COLLECTIONS CNTR DR.
Chicago, IL 60693


CARDINAL HEALTH NUCLEAR
NUCLEAR PHARMACY SERVICE
P O BOX 70609
Chicago, IL 60673-0609


CARDINAL HEALTH PHARMACEUTICAL
PO BOX 847384
Dallas, TX 75284-7384


CARDIOVACULAR IMAGING
PO BOX 93855
Lubbock, TX 79493


CARDIOVASCULAR CONCEPTS INC
DEPT TX 10061
PO BOX 4703
Houston, TX 77210


CARESTREAM HEALTH INC.
1756 SOLUTIONS CENTER
Chicago, IL 60677-1007

Carl Bamert
RT 3 BOX 1120
Muleshoe, TX 79347


Carl Lambert
6801 W 19TH ST
 LOT 309
Lubbock, TX 79407


Carolyn Bender
4404 58TH
Lubbock, TX 79414


CARPET WORLD
4015 34TH ST
Lubbock, TX 79410


CARTRIDGE PLUS INC
1416 AVE Q
Lubbock, TX 79401


CARTRIDGE WORLD
7301 UNIVERSITY
SUITE 300
Lubbock, TX 79423


ChampVA
Attn: Fiscal
PO BOX 65022
Denver NE, CO 80206


Chasity Betancurt
5211 ITASCA
Lubbock, TX 79416


CHECK/MED SYSTEMS
200 GRANDVIEW AVE
Camp Hill, PA 17011

CHEMSEARCH
PO BOX 971269
Dallas, TX 75397-1269


CHENG CHIH HSIEH
9607 TOLEDO AVE
Lubbock, TX 79424


Cherlyn Kay Dyer
2608 PURDUE ST
Lubbock, TX 79415


Chris Guzman
1610 77TH ST
Lubbock, TX 79423


Christine Melton
5307 CR 7920
Lubbock, TX 79424


Claims and Ins. Service
PO BOX 12029
Austin, TX 78711


CLINICAL PARTNERS PA
PO BOX 7389
Longview, TX 75607-7389


CNA
Attn: Cashier
PO BOX 740152
Atlanta, GA 30374


COCA-COLA BOTTLING CO
PO BOX 840232
Dallas, TX 75284-0232

COMMU

Community Health Systems
7100 Commerce Way, Suite 100
Brentwood, TN 37027

CONMED CORP
PO BOX 6814
CHURCH STATION
New York, NY 10249-6814

CONMED LINVATEC
PO BOX 201498
Houston, TX 77216-1498

COOK INCORPORATED
22988 NETWORK PLACE
Chicago, IL 60673-1229

COOPER SURGICAL INC.
PO BOX 712280
Cincinnati, OH 45271-2280

COPY CRAFT PRINTING
4413 82ND ST
SUITE 250
Lubbock, TX 79424

CORPORATE EXPRESS
PO BOX 71217
Chicago, IL 60694-1217

CORPORATE EXPRESS IMAGING
PO BOX 95230
Chicago, IL 60694

Correctional Health Care
7120 I-40 WEST
BLDG A  SUITE 400
Amarillo, TX 79106


Courtney Lorenz
521 C CARPENTER WELLS
Lubbock, TX 79406


COVENANT HEALTH SYSTEMS
ATTN CASHIER
PO  BOX 1201
Lubbock, TX 79408-1201


CPS Blue Cross
PO BOX 5037
Naperville, IL 60567


CREST SERVICES
735 PLAZA BLVD
SUITE 210
Coppell, TX 75019


CROSS TIMBERS
PO BOX 14559
Baton Rouge, LA 70898


CUMMINS SOUTHERN PLAINS INC.
PO BOX 910509
Dallas, TX 75391-0509


CUSTOM COMFORT MEDTEK
PO BOX 4779
Winter Park, FL 32793


D HARRIS CONSULTING
PO BOX 170786
Arlington, TX 76003-0786

Dan M Feather
120 N 5TH ST
Slaton, TX 79364


DATASCOPE CORP
23738 NETWORK PLACE
Chicago, IL 60673-1237


DATEX-OHMEDA
PO BOX 641936
Pittsburgh, PA 15264-1936


DAVID FINCHER CRNA
7908 JOILET AVE
Lubbock, TX 79423


DAVID VERMILLION MD
3106 50TH ST
SUITE 400
Lubbock, TX 79413


Deborah K Miller
1206 FLOYDADA ST
Plainview, TX 79072


DECKER SPECIALITY ADVERTISING
5109 82ND ST
SUITE 7 #1137
Lubbock, TX 79424


Denny Brossman
5228 87TH ST
Lubbock, TX 79424


DENT ELECTRIC
6206 KNOXVILLE DR
Lubbock, TX 79413

Deputy Mitek
5972 Collection Cntr. Dr.
Chicago, IL 60693


DEPUY ORTHOPAEDICS INC
5972 COLLECTIONS CNTR DR.
Chicago, IL 60693


Depuy Orthopaedics Inc.
5972 Collection Center Drive
Chicago, IL 60693


Diane Martinez
160 E BLUE DIAMOND
Odessa, TX 79766


Dianna Stubblefield
PO BOX 6095
Lubbock, TX 79493


DIOMED INC.
PO BOX 97
Andover, MA 01810


DJO LLC
PO BOX 650777
Dallas, TX 75265-0777


DMG
PO DRAWER 2757
Abilene, TX 79604


Donna Bonnett
3156 E MERRILL
Gilbert, AZ 85233

Dorothy K Mason
816 W 5TH ST
Post, TX 79356


Dorothy Marney
5607 ORLANDO AVE
Lubbock, TX 79413


Dorothy R Poe
2405 1ST Street
Lubbock, TX 79415


Dorthy Watley
3408 110TH ST
Lubbock, TX 79423


DWD Properties
Attn: Peggy Crook
2620 MAIN STREET
Dallas, TX 75226


ECOLAB
PO BOX 70343
Chicago, IL 60673-0343


ECOWATER SYSTEMS
3462 W LOOP 289
Lubbock, TX 79407-3745


Edgar Williams
3605 AVE V
Snyder, TX 79549


Edward J Kostelich
805 E 4TH ST
Denver City, TX 79323

EDWARDS BIOSCIENCE
PO BOX 23146
NETWORK PLACE
Chicago, IL 60673-1231


Elah Hillger
5506 CR 7520
#500
Lubbock, TX 79424


Elizabeth A Torrez
1208 8TH
Levelland, TX 79336


Elizabeth McDonald
1002 FRANKFORD AVE
# 1715
Lubbock, TX 79416


Elizabeth S Robinson
2002 WHITNEY DR
Midland, TX 79705


Elvira Rodriguez
1303 E CR 7200
Lubbock, TX 79404


Elwanda Garrison
2720 68TH
Lubbock, TX 79413


EMDEON BUSINESS SERVICES
12016 COLLECTIONS CENTER DR
Chicago, IL 60693


EMPRINT
5425 FLORIDA BVLD
Baton Rouge, LA 70806

```
ENRIQUE RODRIGUEZ MD
5010 91ST STREET # 23
Lubbock, TX 79424


ENV SERVICES INC
PO BOX 510862
Philadelphia, PA 19175-0862


EPIMED INTERNATIONAL
141 SAL LANDRIO DR
CROSSROADS IND. PARK
Johnstown, NY 12095


Eufenia Cortez
710 E THORTON
Floydada, TX 79235


Eugene H Servaeius
3709 E 4TH ST
Lubbock, TX 79403


Evelyn Verden
121 US HWY 380 WEST
Haskell, TX 79521


EXCEL DISTRIBUTING LLC
4703 112TH STREET
Lubbock, TX 79424


Falcon Health Care, Inc. et al
% Grady Terrill
Craig, Terrill, Hale & Grantham, LLP
P.O. Box 1979
Lubbock, TX 79408


FAST HEALTH
2330 UNIVERSITY BVLD
SUITE 814
Tuscaloosa, AL 35401
```

FILTRATION CONCEPTS
PO BOX 16560
Lubbock, TX 79490-6560


FIRST ADVANTAGE BACKGROUND SERVICES
ATTN MB450-10005
PO BOX 550130
Tampa, FL 33655-0130


First Care
Attn: Recovery Dept.
12940 N HIGHWAY 183
Austin, TX 78750


First Care Recovery Unit
12940 N HIGHWAY 183
Austin, TX 78750


FIRST INSURANCE FUNDING CORP
PO BOX 66468
Chicago, IL 60666-0468


FIRST RESPONSE RESOURCES
PO BOX 54165
Lubbock, TX 79453


Fiservhealth
PO BOX 8013
Wausau, WI 54402


FISHER HEATHCARE
ACCT 520495 001
PO BOX 3648
Boston, MA 02241-3648


FOOD MANAGEMENT GROUP
11770 HAYNES BR.RD
SUITE 205 -538
Alpharetta, GA 30004

FORUM FINANCIAL SERVICES INC
275 W CAMPBELL ROAD
SUITE 320
Richardson, TX 75080


Frances Methola
1915 PEBBLEHILL RD
Carlsbad, NM 88220


G NEIL
PO BOX 451179
SUNRISE, FL 33345-1179


GAILEY FIRE PROTECTION INC
PO BOX 64696
Lubbock, TX 79464


GANDY'S DAIRIES, INC
PO BOX 201263
Dallas, TX 75320-1263


GAP BROADCASTING LUBBOCK
PO BOX 202228
DEPT 22804
Dallas, TX 75320-2228


Garcia Olga
318 W STYLES
Hobbs, NM 88242


GARY DENNISON dba TOPDOG DELIVERY
PO BOX 1661
Lubbock, TX 79408


GE Healthcare Financial Services
P.O. Box 641419
Pittsburgh, PA 15264

```
GE MEDICAL SYSTEMS
PO BOX 843553
Dallas, TX 75284-3553


GE MEDICAL SYSTEMS INFO
PO BOX 843553
Dallas, TX 75284-3553


GE MEDICAL SYSTEMS TECHNOLOGY
PO BOX 843553
Dallas, TX 75284-3553


GE Money Bank
PO BOX 960061
Orlando, FL 32896-0061


Genevieve E Cawthron
2017 58TH ST
Lubbock, TX 79412


GENZYME
PO BOX 360975
Pittsburgh, PA 15251-6975


Gilsbar
PO BOX 998
Covington, LA 70434


Gilsbarinc
Attn: Claims Recovery
PO BOX 998
Covington, LA 70434


GLOBAL DOSIMETRY SOLUTIONS
FILE 55667
Los Angeles, CA 90074-5667
```

Global Information Systems
P.O. Box 2272
Odessa, TX 79760


GRAINGER
DEPT 847656915
Palatine, IL 60038-0001


GREASE TRAPER SERVICE
PO BOX 93111
Lubbock, TX 79493


Great American Leasing Corp.
8742 Innovation Way
Chicago, IL 60682


Great West Healthcare
P.O. Box 954297
Saint Louis, MO 63195


Griffin Wink Advertising
8004 York Avenue
Lubbock, TX 79424


Gwen Wallich
9605 UXBRIDGE AVE
Lubbock, TX 79424


GYRUS ACMI
NW 7882
PO BOX 1450
Minneapolis, MN 55485-7882


Hallmark Rehabilitation
27442 Portola Parkway
Foothill Ranch, CA 92610

Harlan O Wright
4706 96TH ST
Lubbock, TX 79424


HARLEE MEDICAL TECHNOLOGIES
2144 WATTS ROAD
Houston, TX 77030


HART MOVING AND STORAGE INC
PO BOX 3828
Lubbock, TX 79404


Hattie Hays
2615 32ND ST
Lubbock, TX 79410


HC PRO
PO BOX 1168
Marblehead, MA 01945


HEALT CARE SERVICE CORP
PO BOX 1186
Chicago, IL 60690-1186


HEALTH SMART PREFERRED CARE
PO BOX 849009
DEPT 2
Dallas, TX 75284-9009


HEALTHCARE FISCAL MANAGEMENT
3440 FEDERAL DRIVE
SUITE 130
EAGAN, MN 55122-3500


Healthcare Management Systems
3102 West End Avenue, Suite 400
Nashville, TN 37203

HEALTHNET TTUHSC
3601 4TH ST
MS 7755
Lubbock, TX 79430


Helen B Terry
2512 LYNN ST
Big Spring, TX 79720


Heritage Oaks
5301 UNIVERSITY AVE☐☐
Lubbock, TX 79413


HILL-ROM
PO BOX 643592
Pittsburgh, PA 15264-3592


HIS STRATEGIES, INC.
1617 INDIAN CREEK CIRCLE
SUITE 110
Franklin, TN 37064


HOME DEPOT CREDIT SERVICES
PO BOX 6031
The Lakes, NV 88901-6031


HOSPIRA WORLDWIDE, INC.
75 REMITTANCE DRIVE
SUITE 6136
Chicago, IL 60675


HOSPITALITY HARBOUR
24244 NETWORK PLACE
Chicago, IL 60673-1242


HYDROFERA BLUE
32 MAIN STREET
Willimantic, CT 06226

Hythen Moore
PO BOX 94635
Lubbock, TX 79424


I-FLOW
DEPT LA 22552
Pasadena, CA 91185-2522


IBM
PO BOX 676673
Dallas, TX 75267-6673


IDENTICARD
PO BOX 409582
Atlanta, GA 30384-9582


IMMUCOR
PO BOX 102118
Atlanta, GA 30368-2118


INGENIX PUBLISHING
PO BOX 27116
Salt Lake City, UT 84127-0116


INSTRATEK INCORP
210 SPRINGHILL DRIVE
#130
Spring, TX 77386


INTEGRA LIFE SCIENCES
PO BOX 404129
Atlanta, GA 30384-4129


Interim Healthcare of West Texas
5224 75th Street, Suite D
Lubbock, TX 79424

Internal Revenue Service
P.O. Box 249
Memphis, TN 38101


Internal Revenue Service
John Wigley
Insolvency Group Manager
55 N. Robinson, MS 5024-OKC
Oklahoma City, OK 73102


International Health Systems
8816 Manchester Road
# 191
Brentwood, MO 63144


International Health Systems
610 A Battlefield Road, Suite 200
Springfield, MO 65807


ISORX TEXAS LLC
PO BOX 6606
San Rafael, CA 94903


J & J HEALTHCARE SYSTEMS
5972 COLLECTIONSS CNTR DR
Chicago, IL 60693


J A STILL CORPORATION
4390 S.COTTONWOOD LANE
Bolivar, MO 65613


JACQUELINE POWELL, MD
570 STONEGATE
Clarksville, TN 37043


Jakeco Loc LLC
627 Shadow Creek Blvd
Buda, TX 78610

Jakeco LOC LLC DBA
627 Shadow Creek Blvd
Buda, TX 78610


Jakeco, LLC
dba New-Tech Roofing
627 Shadow Creek Blvd
Buda, TX 78610


James Allen
Box 133
Crosbyton, TX 79256


James Thorne
8502 QUAKER AVE
Lubbock, TX 79424


JANE M BACHMANN
140 N.CUYLER AVENUE
Oak Park, IL 60302


JC GRAPHICS
1810 BIG BEND
Poplar Bluff, MO 63901


Jerry D Crossland
607 SOCKWELL
Hobbs, NM 88242


Jesus M Hernandez
4803 9TH ST
Lubbock, TX 79416


Jesus M Iglesias
1606 SEMINOLE RD
Lamesa, TX 79331

Jim D Gregory
P O BOX 125
Wellman, TX 79378


Jimmy Veal
3504 33RD ST
Lubbock, TX 79410


John T Powers
5601 DARTMOUTH ST
Lubbock, TX 79416


Johnson and Roundtree Premium
PO BOX 4829
Houston, TX 77210


Juanita H Hernandez
2424 26TH ST
Lubbock, TX 79411


Judith Vining
1305 E 14TH ST
Clovis, NM 88101


Karen L Harrell
108 CACTUS DR
Clovis, NM 88101


KARL STORZ ENDOSCOPYU AMERICA
FILE NO 53514
Los Angeles, CA 90074-3514


Kathleen W Weiss
502 E BUCKLEY
Brownfield, TX 79316

KCI USA
PO BOX 203086
Houston, TX 77216-3086


KENDALL-LTP
PO BOX 120823
Dallas, TX 75312-0823


KENNETH DRUCZEK DO
2424 50TH ST
Lubbock, TX 79412


KIMBERLY CLARK
PO BOX 915003
Dallas, TX 75391-5003


KRAMES
780 TOWNSHIP LINE ROAD
YARDLEY, PA 19037-4200


KRFE RADIO INC
6602 MARITN LUTHER KING
Lubbock, TX 79404


Kristen Swanson
5126 RYAN CIRCLE
# 50
Abilene, TX 79606


LAQUINTA INNS AND SUITES
5006 AUBURN
Lubbock, TX 79416


Larenda Faver
5208 11TH ST
UNIT 137
Lubbock, TX 79416

Lavonne R Roderick
2002 61ST ST
Lubbock, TX 79412


LAW OFFICES OF MICHAEL H CARPER P.C.
1102 MAIN STREET
Lubbock, TX 79401


LAW OFFICES OF MICHAEL P. REED
PO BOX 65013
Lubbock, TX 79464-5012


Lee Rodriguez
PO BOX 531
Colorado City, TX 79512


Lenden E Weese
2004 ASPEN
Portales, NM 88130


LIFE CELL CORP
ONE MELLINUN WAY
Somerville, NJ 08876


LMA NORTH AMERICA
PO BOX 51275
Los Angeles, CA 90051-5575


LOCUMTENENS COM
PO BOX 532869
Atlanta, GA 30353-2869


Locumtenens.com
P.O. Box 532869
Atlanta, GA 30353

LTD COMMODITIES LLC
PO BOX 296
Northbrook, IL 60065-0296


LUBBOCK AID AMBULANCE
2743 34TH ST.
Lubbock, TX 79410-3521


LUBBOCK AVALANCHE JOURNAL
PO BOX 491
Lubbock, TX 79408


Lubbock Central Appraisal District
P.O. Box 10568
Lubbock, TX 79408


LUBBOCK CHAMBER OF COMMERCE
1301 BROADWAY
SUITE 101
Lubbock, TX 79401


LUBBOCK CLUB
1500 BROADWAY
Lubbock, TX 79401


LUBBOCK COUNTRY CLUB
3400 MESA ROAD
Lubbock, TX 79403-1508


Lubbock Diagnostic Radiology
4005 24th Street
Lubbock, TX 79410


LUBBOCK ELECTRIC
1108 34TH ST
Lubbock, TX 79405

LUBBOCK FILE ROOM
510 34TH STREET
Lubbock, TX 79404


LUBBOCK FIRE AND SAFETY
PO BOX 16821
Lubbock, TX 79490


LUBBOCK LOCK AND KEY
2434 34TH STREET
Lubbock, TX 79411


LUBBOCK POWER LIGHT & WATER
PO BOX 10541
Lubbock, TX 79408


LUBBOCK RADIO PAGING
PO BOX 10127
Lubbock, TX 79408-3127


LUBBOCK WELDING SUPPLY
4005 AVE A
Lubbock, TX 79404


LUBOCK DIAGNOSTIC RADIOLOGY LLP
4005 24TH ST
Lubbock, TX 79410


Lucy King
23 SAN PEDRO WAY
Santa Fe, NM 87508


Luker Pharmacy Mgmt
1072 FM 1888
Blanco, TX 78606

Luker Pharmacy Mgmt
P. O. BOX 478
Blanco, TX 78606


Madgey Weaver
3109 81ST ST
Lubbock, TX 79423


Maine Standards
765 Roosevelt Trail
Suite 9A
Windham, ME 04062


Mandi Jo Hunt
3016 30TH ST
Lubbock, TX 79410


Manuel J Martinez
1100 S 2ND ST
Slaton, TX 79364


Margie Davidson
1626 57TH ST
Lubbock, TX 79412


Maria M Ortiz
518 48TH STREET
Lubbock, TX 79404


Maria Vega
1508 22ND STREET
Lubbock, TX 79411


Marie Cone
4501 UPLAND AVE
Lubbock, TX 79407-5107

Marie Walker
14119 WILLOW GROVE WAY
Louisville, KY 40245


Mark Shofner
203 NORTH 21ST
Lamesa, TX 79331


Martha L Klatt
5622 AVE B
Lubbock, TX 79404


Martha Ramsey
8438 Wayne Ave.
Lubbock, TX 79424


Mary Arnett
2121 69TH STREET
Lubbock, TX 79412


Mary Barbee
2422 48TH ST
Lubbock, TX 79412


Mary J Smith
816 9TH ST
Wolfforth, TX 79382


Mary L Wisnewski
5502 WEST FOURTH STREET
Lubbock, TX 79416


Mary Smith
3007 31st Street
Lubbock, TX 79401

Matheson Tri Gas
PO Box 845502
Dallas, TX 75284


Matthew Bender Co.
PO Box 7247-0178
Philadelphia, PA 19170


Mayfield Paper Company
PO Box 3889
San Angelo, TX 76902


Mays and Associates Inc.
PO Box 945
Brentwood, TN 37027


McKesson Automation
PO Box 642164
Pittsburgh, PA 15264


McKesson Capital Corporation
PO Box 98669
Las Vegas, NV 89193


McKesson Health Solutions
22423 Network Place
Chicago, IL 60673


Mcleod USA
PO Box 3243
Milwaukee, WI 53201


McNeary Healthcare-TX
6525 Morrison Blvd
Charlotte, NC 28211

Med Dev
730 N Pastoria Ave.
Sunnyvale, CA 94085


MEDICAL ARTS PRESS
PO BOX 37647
Philadelphia, PA 19101-0647


Medical Services
P.O. Box 22266
Chattanooga, TN 37422


Medicare
P. O. Box 1602
Omaha, NE 68175


Medicare PFFS
PO Box 6495
Carol Stream, IL 60197


Medline Industries
Dept 1080
PO Box 121080
Dallas, TX 75312


Medrad
PO Box 360172
Pittsburgh, PA 15251


Medserv International Inc.
10727 Tucker Street
Beltsville, MD 20705


Medtox Laboratories
NW 8939
PO Box 1450
Minneapolis, MN 55485

Medtronic USA, Inc.
PO Box 848086
Dallas, TX 75284


Merry X-Ray
11815 Starcrest Drive
San Antonio, TX 78247


Metlife Small Business Center
PO Box 804466
Kansas City, MO 64180


Michelle Moody
2020 JASON
Lubbock, TX 79407


Midwest Medical Supply
P.O. Box 504055
Saint Louis, MO 63150


Midwest Texas Linen Service
PO Box 3117
Abilene, TX 79604


Millipore Corp.
80 Ashby Road
Bedford, MA 01730


Minntech Corporation
N.W.9841
PO BOX 1450
Minneapolis, MN 55485


MMS
PO Box 504055
Saint Louis, MO 63150

Mobile Instrument Service
333 Water Ave.
Bellefontaine, OH 43311


Moore Wallace
PO Box 730165
Dallas, TX 75373


MTF
PO Box 23308
Newark, NJ 07189


Nat'l Elevator Inspect Service
PO Box 503067
Saint Louis, MO 63150


Nat'l Recall Alert Center
PO Box 609
Marlton, NJ 08053


Nellanne Fisher
5402 91ST STREET
Lubbock, TX 79424


Net Health Systems Inc.
40 24th Street
Fifth Floor
Pittsburgh, PA 15222


Network Service
Lockbox 231805
1805 Momentum Place
Chicago, IL 60689


Neves Inez
PO BOX 396
Roby, TX 79543

New Direct OP Couns. Center
401 Market Street, Suite 1150
Shreveport, LA 71101


New Direct.O.P Couns.Center
401 Market Street
Suite 1150
Shreveport, LA 71101


Noble Care Solutions
PO Box 53993
Lubbock, TX 79453


NS Fund I, LLC
% Neil Johnson
523 South Third Street
2nd Floor
Columbus, OH 43215


NurseFinders
PO Box 910738
Dallas, TX 75391


Office Depot Credit Plan
PO Box 6716
The Lakes, NV 88901


Office Max Contract Inc.
PO Box 101705
Atlanta, GA 30392


Olen D McFerrin
2203 27TH STREET
Lubbock, TX 79411


Olympus America
Dept 0600
PO Box 120600
Dallas, TX 75312

Opti Medical Systems
PO Box 932005
Atlanta, GA 31193

Organogenesis Inc.
PO Box 1761
Murray Hill Stations
New York, NY 10156

Ortho Clinical Diagnostics
Lock Box 10
PO Box 406663
Atlanta, GA 30384

Orthofix
PO Box 849806
Dallas, TX 75284

Owens and Minor
P.O. Box 841420
Dallas, TX 75284

Pansy Burtis
7401 UTICA APT B
Lubbock, TX 79424

Passport Health Communications
PO Box 635527
Cincinnati, OH 45263

Patient Data Solutions, Inc.
PO Box 189
Richland, WA 99352

Penny Gore
6710 91ST PLACE
Lubbock, TX 79424

Peoples Bank
3801 34th Street
Lubbock, TX 79410


Pharmed Group
3075 NW 107th Ave.
Miami, FL 33177


Philips Medical System N.A.CO
PO Box 100355
Atlanta, GA 30384


Physician Mutual
Attn: Refund Dept.
PO BOX 2018
Omaha, NE 68103


Pine Star
PO Box 824
Greenville, PA 16125


Potato Specialty Company
% Michael J. Shelton
2833 74th Street
Lubbock, TX 79423


Precision Biomedical Tech
1825 E Plano Parkway
Suite 180
Plano, TX 75074


Precision Dynamics Corp.
4193 Solutions Ctr
Chicago, IL 60677


Premier Healthcare East
PO Box 54136
Lubbock, TX 79453

Principal
PO BOX 39710
Colorado Springs, CO 80949


Pro-Med Clinical Systems LLC
PO BOX 8461
Coral Springs, FL 33075


Producers Exchange
4004 BELT LINE ROAD
# 160
Addison, TX 75001


Products for Surgery Inc.
PO Box 974542
Dallas, TX 75397


Professional Media Resource
PO Box 460380
Saint Louis, MO 63146


Proflow
PO Box 3633
Lubbock, TX 79452


Prog County Mutual Ins.
PO Box 30108
Tampa, FL 33630


Prometheus Laboratories Inc.
PO Box 7738
San Francisco, CA 91420


PSS West Texas
530 32nd Street
Lubbock, TX 79404

QLVS, Inc
3910 S.Georgia
Amarillo, TX 79109


Quest Diagnostics
PO Box 841725
Dallas, TX 75284


RegionalHelpWanted.com
PO Box 674054
Detroit, MI 48267


Richard C. Powers
5601 DARTMOUTH
Lubbock, TX 79416


Richard Powers
5601 DARTMOUTH
Lubbock, TX 79416


Richards & Elder, L.L.P.
3223 SO Loop 289
Suite 424
Lubbock, TX 79464


Ricoh Americas Corporation
5615 Highpoint
Suite 300
Irving, TX 75038


RICOH AMERICAS CORPORATION
PO BOX 6434
Carol Stream, IL 60197-6434


Rilene Taylor
131 W FM 94
Matador, TX 79244

River West Medical Center
59355 River West Drive
Plaquemine, LA 70764


River West Medical Center
PO BOX 737
Plaquemine, LA 70764


Robert Coleman
4107 63RD DRIVE
Lubbock, TX 79413


Robert Heath
5502 WEST FOURTH ST
Lubbock, TX 79416


Roche Diagnostics Corp
Dept 0243
PO Box 120243
Dallas, TX 75312


Rodney Franklin, MD
3106 50th Street, Suite 400
Lubbock, TX 79413


Ross L Shamburger
2511 57TH ST
Lubbock, TX 79413


Roto Rooter
PO Box 53634
Lubbock, TX 79453


Sam H. Colley, M.D.
% Benjamin Davidson
McCleskey, Harriger, Brazill & Graf, LLP
P.O. Box 6170
Lubbock, TX 79493

Sam H. Colley, MD PA
3210 56th St.
Lubbock, TX 79413


Sammons/Preston Inc.
PO Box 93040
Chicago, IL 60673


Sandra L Darby
7708 DIXON AVE
Lubbock, TX 79423


Scarborough Specialties Inc.
10501 Indiana Ave.
Lubbock, TX 79423


Securitas Security Services US
12672 Collections Center Dr
Chicago, IL 60693


Serin Research
PO Box 4002
Elkhart, IN 46514


Sexton Enterprises
2307 Erskine
Lubbock, TX 79415


Sexuer Inc
PO Box 404284
Atlanta, GA 30384


Shared Imaging
2186 Payshere Circle
Chicago, IL 60674

Sheila Boller
1518 140TH
Lubbock, TX 79423


Shiloh Health Services
610 - A Battlefield Road, Suite 200
Springfield, MO 65807


Shiloh Health Services, Inc.
4414 82ND ST
SUITE 212 #191
Lubbock, TX 79424


Shirley Cawthon
PO BOX 6526
Lubbock, TX 79493


Skytron
PO Box79001
Detroit, MI 48279


SMC Heatlh Resources Inc.
129 East Commerce
Fairfield, TX 75840


Smith and Nephew, Inc.
PO Box 73276
Chicago, IL 60673


Smiths Medical ASD
Lock Box 5155
PO Box 8500
Philadelphia, PA 19178


Snelling Temporary Services
2222 Indiana
Lubbock, TX 79410

Snook and Aderton Inc.
PO Box 2665
Lubbock, TX 79408


So Plains Kidney Disease
PO Box 971367
Dallas, TX 75397


South Plains Biomedical Services
4315 Ironton
Suite C
Lubbock, TX 79407


South Plains Business Equip
3611 Paris Ave.
Lubbock, TX 79412


Southwest X-Ray Company
5722 40th St.
Lubbock, TX 79407


Specialty Surgical Inst.
PO Box 404284
Atlanta, GA 30384


Sphinx Consulting Inc.
1214 Moskowitz
Seabrook, TX 77586


St. Paul Travlers W/C
PO BOX 660456
Dallas, TX 75266-0456


Stacy Kates
2327 LOVERS LANE
Krum, TX 76249

Stephen Jones
1408 5TH STREET
Shallowater, TX 79363


Stericycle
PO Box 9001589
Louisville, KY 40290


Steris Corporation
PO Box 676548
Dallas, TX 75267


Stryker Capital
PO BOX 740425
Atlanta, GA 30374


Stryker Endoscopy
c/o Stryker Sales Corp
PO Box 93276
Chicago, IL 60673


Stryker Instruments
PO Box 70119
Chicago, IL 60673


STRYKER ORTHOPADICS
PO BOX 93213
Chicago, IL 60673-3213


Suddenlink
6710 Hartford Ave.
Lubbock, TX 79413


SUPER K-MART #4972
ATTN: ACCT.RECEIVABLE
6501 UNIVERSITY
Lubbock, TX 79413

SW Med-Source
PO Box 93115
Southlake, TX 76095


SW Med-Source, Inc.
% Michael S. Carnahan
Carnahan Thomas, LLP
1190 N. Carroll Avenue
Southlake, TX 76092


Synovis Surgical Innovations
NW 5577
PO Box 1450
Minneapolis, MN 55485


Synthes Ltd
P.O. Box 8538-662
Philadelphia, PA 19171


System 13 Inc
1648 State Farm Blvd
Charlottesville, VA 22911


Tape and Media.Com
4221 Freidrich Lane, Suite 130
Austin, TX 78744


TDCJ Montford Unit RMF
8602 PEACH ST
Lubbock, TX 79404


Tenet Healthcare Corp.
P.O. Box 809088
Dallas, TX 75380


TERMINEX
5212 B 34TH ST
Lubbock, TX 79407

Texas Attorney General
P.O. Box 12548
Austin, TX 78711


Texas Emergency Room Services, PA
7032 Collection Center Drive
Chicago, IL 60693


TEXAS HOMELAND SECURITY/SOUND
7415 BROWNFIELD HWY #6
Lubbock, TX 79407


Texas Life Insurance Company
PO BOX 2209
Waco, TX 76703


Texas Medicaid & Healthcare Partnership
12357 B RIATA TRACE PARKWAY
Austin, TX 78727


TEXAS RADIATION PHYSICS ASSOC
9304 FORREST LANE
SUITE 271N
Dallas, TX 75243


Texas Rehab
Attn: Kelly Wages
1 BRIERCROFT OFFICE PARK
Lubbock, TX 79412


Texas Tech University Health Sciences
3601 4th St MS 8182
Lubbock, TX 79430


Texas Workforce Commission
PO BOX 149037
Austin, TX 78714

The SSI Group Inc.
PO Box 2153
Birmingham, AL 35287


The St. John Companies
PO Box 51263
Los Angeles, CA 90051


Theodore T Benton
1704 E Buckley
Brownfield, TX 79316


Thomson Healthcare
6200SO.Syracuse EAY, Suite 300
Englewood, CO 80111


THYSSENKRUPP ELEVATOR
POA BOX 933004
Atlanta, GA 31193-3004


TIM CONRAD dba UNITECH
8509 ASH AVENUE
Lubbock, TX 79404


TIMEMED LABELING SYSTEMS
PO BOX 71947
Chicago, IL 60694-1947


Tom Harrington
3515 36TH ST
Lubbock, TX 79413


Tommy Patterson
3205 CANYON RD
Lubbock, TX 79403

Tony Adams
9130 CR 169
Colorado City, TX 79512


TRANE
PO BOX 845053
Dallas, TX 75284-5053


TRI-ANIM HEALTH SYSTEMS
PO BOX 923430
Sylmar, CA 91392-3430


Tricare
Attn: Recoupments
PO BOX 7928
Madison, WI 53708


Tricare Recoupment
PO BOX 7928
Madison, WI 53708


Tricare Refund
Attn: South Region
PO BOX 100279
Columbia, SC 29202


Trinity Industries
PO BOX 740810
Atlanta, GA 30374-0810


Troy Brooks
7436 CR 7000
Lubbock, TX 79407


TRUE TO FORM INC.
PO BOX 6427
Lubbock, TX 79493

```
Trustee Villa Residential
301 E 5TH ST
Wolfforth, TX 79382


TTUHSC Dept Internal Medicine
3601 4th St. Stop 9410
Attn: Michael Burns
Lubbock, TX 79430


U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvannia Avenue
Washington, DC 20530


U.S. Attorney's Office
Room 700, 1205 Texas Avenue
Lubbock, TX 79401


UHC
Attn: Refund Claim Division
PO BOX 740819
Atlanta, GA 30374


UHC
Attn: Claims Division
PO BOX 740819
Atlanta, GA 30374


UHC
Attn: Claims Division CK Control
PO BOX 740819
Atlanta, GA 30374


UHC
Attn: AARP Claim Divison
PO BOX 740819
Atlanta, GA 30374


UHC Recovery Service
PO BOX 740804
Atlanta, GA 30374-0800
```

UNC
Attn: Claims Div. Chk Controll
PO BOX 740819
Atlanta, GA 30374


United American
Attn: Refund Dept.
PO BOX 26400
Oklahoma City, OK 73126


United American Ins Co
PO BOX 26400
Oklahoma City, OK 73126


UNITED BLOOD SERVICES
PO BOX 53022
Phoenix, AZ 85072


United Health Care Refund Dept.
PO BOX 30555
Salt Lake City, UT 84130-0555


UNITED SUPER MARKETS
PO BOX 15585
Amarillo, TX 79105-5585


UNITED WAY OF LUBBOCK
1655 MAIN STREET
Lubbock, TX 79401-3110


Universal Health Care Insurance
150 2ND AVE NORTH #400
Saint Petersburg, FL 33701


Universal Health Care MCR
150 2ND AVE STE 400
Saint Petersburg, FL 33701

University Medical Center
P.O. Box 5980
Lubbock, TX 79408


UROSOURCE MOBILE MEDICAL SOLUTIONS
PO BOX 2535
Pampa, TX 79066-2535


US ENDOSCOPY GROUP
5976 HEISLEY ROAD
Mentor, OH 44060


VALLEY PROTEINS INC.
PO BOX 643393
Cincinnati, OH 45264-3393


Vanessa Harrison
1102 DASH FOR CASH RD
Guthrie, TX 79236


VENTURE COMMUNICATIONS
PO BOX 12096
Lubbock, TX 79452-2096


VERATHON
PO BOX 3555
Seattle, WA 98124-3555


VERIZON BUSINESS
PO BOX 382040
Pittsburgh, PA 15251-0840


Verma L Moore
2804 E 30TH ST
Lubbock, TX 79404

Viant BCBS
PO BOX 5037
Naperville, IL 60567


VICTORY PLUMBING
3310 47TH ST
Lubbock, TX 79413


VISIBLE
PO BOX 730165
Dallas, TX 75373-0165


VISION SERVICE PLAN
FILE # 73280
PO BOX 60000
San Francisco, CA 94160-3280


VITAL CARE REPS INC.
18470 THOMPSON COURT
SUITE 1B
Tinley Park, IL 60477


VITAL OFFICE PRODUCTS INC.
12021 WILSHIRE BVLD #615
Los Angeles, CA 90025


VITAL SIGNS, INC.
PO BOX 10896
Newark, NJ 07193-0896


W.L. GORE AND ASSOCIATES
PO BOX 751331
Charlotte, NC 28275


Wanda Tate
2011 65TH ST
Lubbock, TX 79412

```
Warren Miller
% Fidelity National Title
1110 N. Post Oak Rd
Suite 120
Houston, TX 77055


WELLS FARGO FINANCIAL LEASING
PO BOX 6434
Carol Stream, IL 60197-6434


WEST TEXAS WAREHOUSE CO.
PO BOX 249
Lubbock, TX 79408


WESTERN PLAINS II LITHOTRIPSY LP
6333 N.STATE HWY 161
SUITE 200
Irving, TX 75038


WESTEX DOCUMENT INC.
815 SOUTH GILBERT DR
Lubbock, TX 79416


WHEELCARE TRANSPORTATION
2105 71ST ST
Lubbock, TX 79412


Whiteface CISD
PO BOX 54139
Lubbock, TX 79453


Willie Bell
10804 CANTON AVE
Lubbock, TX 79423


Wilma L Rollo
1100 S 7TH
Slaton, TX 79364
```

WILSON OPHTHALMIC CORP
PO BOX 676101
Dallas, TX 75267-6101


Wright Family Revocable Trust
1517 AVE G
Levelland, TX 79336


WSC WHITE SERVICE CO
3410 25TH ST
Lubbock, TX 79410


Xcel Energy
ATTN COMMERCIAL ACCTS
4701 PARKSIDE DRIVE
Amarillo, TX 79101


Yellow Book USA West
PO BOX 6448
Carol Stream, IL 60197-5448


Yellowpages.com
PO BOX 650098
Dallas, TX 75265-0098


Zimmer Inc.
PO BOX 840166
Dallas, TX 75284-0166