

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 25, 2008**                                    **United States Bankruptcy Judge**

---

BTXN 194 (rev. 10/06)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Lubbock, Texas − Highland Medical Center, | § | Case No.:  08−50202−rlj11 |
| L.P. | § | Chapter No.:  11 |
| Debtor(s) | § | |

### ORDER TO APPOINT A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333

The Court finds that the debtor in the above titled and numbered case is a health care business as defined by 11 U.S.C. § 101(27A). The Court also finds that the appointment of a patient care ombudsman is necessary for the protection of patients based upon the facts of this case. Therefore,

It is ORDERED that the United States Trustee appoint a disinterested person, other than the United States Trustee, to serve as a patient care ombudsman in this case.

It is also ORDERED that within three (3) days of the entry of this Order, the Debtor shall serve notice via both Overnight Courier and facsimile/e−mail to the governmental regulatory authority, which regulates the Debtor's business. A listing of the governmental regulatory agencies that regulate twenty−four (24) categories of health care business in the State of Texas is attached to this Order as Addendum A and incorporated herein by reference. In the event that a contact for the agency is not listed on the Addendum, the Debtor shall serve the General Counsel of the Agency at the Agency's offices in Austin, Texas.

A courtesy copy of this Order and the information set out above shall also be sent to the Office of the Texas Attorney General (attention: Managing Attorney, Bankruptcy Regulatory Section, P.O. Box 12548, MC 008, Austin Texas 78711), but such service on the Texas Attorney General shall not constitute service on the governmental regulatory agency unless or until the Office of the Attorney General has filed a formal entry of appearance on behalf of the regulatory agency.

The Debtor shall file a certificate of service within three business days after service certifying the manner in which service of this Order was accomplished.

# # # End of Order # # #

Addendum A

United States Bankruptcy Court
Northern District of Texas

*Noticing for Health Care Ombudsman Appointment*
**Reference Guide to State Agency Contacts***

| | Type of Facility | State Law Reference | State Agency Contact, Address and Fax |
|---|---|---|---|
| 1 | Home Health | Health and Safety Code Chapter 142 | Flora Fearon, Litigation Unit Attorney Legal Services Texas Department of Aging and Disability Services Mail Code W–615 701 W. 51st Street Austin, TX 78751 ph (512) 438–3095   fax (512) 438–4749 |
| 2 | Hospice | Health and Safety Code Chapter 142 | Flora Fearon, Litigation Unit Attorney Legal Services Texas Department of Aging and Disability Services Mail Code W–615 701 W. 51st Street Austin, TX 78751 ph (512) 438–3095   fax (512) 438–4749 |
| 3 | Nursing Homes (Convalescent and Nursing Homes and Related Institutions) | Health and Safety Code Chapter 242 | Flora Fearon, Litigation Unit Attorney Legal Services Texas Department of Aging and Disability Services Mail Code W–615 701 W. 51st Street Austin, TX 78751 ph (512) 438–3095   fax (512) 438–4749 |
| 4 | Skilled Nursing Facility (SNF) | Health and Safety Code Chapter 242 | Flora Fearon, Litigation Unit Attorney Legal Services Texas Department of Aging and Disability Services Mail Code W–615 701 W. 51st Street Austin, TX 78751 ph (512) 438–3095   fax (512) 438–4749 |
| 5 | Assisted Living Facilities (ALFs) | Health and Safety Code Chapter 247 | Flora Fearon, Litigation Unit Attorney Legal Services Texas Department of Aging and Disability Services Mail Code W–615 701 W. 51st Street Austin, TX 78751 ph (512) 438–3095   fax (512) 438–4749 |

| | Type of Facility | State Law Reference | State Agency Contact, Address and Fax |
|---|---|---|---|
| 6 | Intermediate Care Facilities for Mentally Retarded (ICFMR) | Health and Safety Code Chapter 252 | Flora Fearon, Litigation Unit Attorney Legal Services Texas Department of Aging and Disability Services Mail Code W−615 701 W. 51st Street Austin, TX 78751 ph (512) 438−3095   fax (512) 438−4749 |
| 7 | Adult Day Care | Human Resources Code Chapter 103 | Flora Fearon, Litigation Unit Attorney Legal Services Texas Department of Aging and Disability Services Mail Code W−615 701 W. 51st Street Austin, TX 78751 ph (512) 438−3095   fax (512) 438−4749 |
| 8 | Maternity Homes | Health and Safety Code Chapter 249 | Doug Barnes Director for Administrative Hearings Office of General Counsel Department of Family and Protective Services Mail Code Y956 701 W. 51st Street Austin, TX 78751 ph (512) 821−4755   fax (512) 339−5877 |
| 9 | Child Care Facilities | Human Resources Code Chapter 42 | Doug Barnes Director for Administrative Hearings Office of General Counsel Department of Family and Protective Services Mail Code Y956 701 W. 51st Street Austin, TX 78751 ph (512) 821−4755   fax (512) 339−5877 |
| 10 | Hospitals | Health and Safety Code Chapter 241 | Marc Connelly Assistant General Counsel Office of General Counsel Department of State Health Services 1100 W. 49th Street Austin, Texas 78756−3199 ph (512) 458−7111, ext. 6683   fax (512) 458−7751 |

|  | Type of Facility | State Law Reference | State Agency Contact, Address and Fax |
|---|---|---|---|
| 11 | Ambulatory Surgical Centers | Health and Safety Code Chapter 243 | Marc Connelly Assistant General Counsel Office of General Counsel Department of State Health Services 1100 W. 49th Street Austin, Texas 78756–3199 ph (512) 458–7111, ext. 6683   fax (512) 458–7751 |
| 12 | Birthing Centers | Health and Safety Code Chapter 244 | Marc Connelly Assistant General Counsel Office of General Counsel Department of State Health Services 1100 W. 49th Street Austin, Texas 78756–3199 ph (512) 458–7111, ext. 6683   fax (512) 458–7751 |
| 13 | Abortion Facilities | Health and Safety Code Chapter 245 | Marc Connelly Assistant General Counsel Office of General Counsel Department of State Health Services 1100 W. 49th Street Austin, Texas 78756–3199 ph (512) 458–7111, ext. 6683   fax (512) 458–7751 |
| 14 | Special Care Facilities | Health and Safety Code Chapter 248 | Marc Connelly Assistant General Counsel Office of General Counsel Department of State Health Services 1100 W. 49th Street Austin, Texas 78756–3199 ph (512) 458–7111, ext. 6683   fax (512) 458–7751 |
| 15 | End–stage Renal Disease Facilities | Health and Safety Code Chapter 251 | Marc Connelly Assistant General Counsel Office of General Counsel Department of State Health Services 1100 W. 49th Street Austin, Texas 78756–3199 ph (512) 458–7111, ext. 6683   fax (512) 458–7751 |
| 16 | Substance Abuse Treatment Facility | Health and Safety Code Chapter 464 | *See Note 1\** Marc Connelly Assistant General Counsel Office of General Counsel Department of State Health Services 1100 W. 49th Street Austin, Texas 78756–3199 ph (512) 458–7111, ext. 6683   fax (512) 458–7751 |

|    | Type of Facility | State Law Reference | State Agency Contact, Address and Fax |
|----|------------------|---------------------|--------------------------------------|
| 17 | Narcotic Drug Treatment Program Facility | Health and Safety Code Chapter 466 | Marc Connelly Assistant General Counsel Office of General Counsel Department of State Health Services 1100 W. 49th Street Austin, Texas 78756–3199 ph (512) 458–7111, ext. 6683   fax (512) 458–7751 |
| 18 | Private Mental Hospitals and Other Mental Health Facilities | Health and Safety Code Chapter 577 | Marc Connelly Assistant General Counsel Office of General Counsel Department of State Health Services 1100 W. 49th Street Austin, Texas 78756–3199 ph (512) 458–7111, ext. 6683   fax (512) 458–7751 |
| 19 | Residential Facilities for the Elderly | Human Resources Code Chapter 105 | (Exempt) License not required for these facilities |
| 20 | CORF (Comprehensive Outpatient Rehabilitation Facility) | 1 Tex. Admin. Code Sec. 355.8441(15) | License not required for these facilities, but must be Medicare–certified. |
| 21 | ORF (Outpatient Rehabilitation Facility) | 1 Tex. Admin. Code Sec. 355.8441(15) | License not required for these facilities, but must be Medicare–certified. |
| 22 | Mammography clinic | Health and Safety Code Sec. 401.421 et seq. Subchapter L of 401 | *See Note 2*\* Marc Connelly Assistant General Counsel Office of General Counsel Department of State Health Services 1100 W. 49th Street Austin, Texas 78756–3199 ph (512) 458–7111, ext. 6683   fax (512) 458–7751 |
| 23 | Office/clinic of a licensed physician; physician assistants; acupuncturists | | Robert Simpson Assistant General Counsel Texas Medical Board 333 Guadalupe, Tower 3, Suite 610 Austin, Texas 78701 ph (512) 305–7075   fax (512) 305–7007 |
| 24 | Other licensed medical professionals: Podiatrists, Midwives | | Robert Simpson Assistant General Counsel Texas Medical Board 333 Guadalupe, Tower 3, Suite 610 Austin, Texas 78701 ph (512) 305–7075   fax (512) 305–7007 |

| | Type of Facility | State Law Reference | State Agency Contact, Address and Fax |
|---|---|---|---|
| 25 | Office/clinic of a licensed dentist | | Fread Houston<br>General Counsel<br>Texas State Board of Dental Examiners<br>333 Guadalupe, Tower 3, Suite 800<br>Austin, Texas 78701–3942<br>ph (512) 475–0987   fax (512) 463–7452 |
| | **Note 1:** "Treatment facility" is defined broadly to include any facility that offers or purports to offer treatment ("planned, structured, and organized program designed to initiate and promote a person's chemical–free status or to maintain the person free of illegal drug"). Thus a treatment facility may include the following facilities: a public or private hospital; a detoxification facility; a primary care facility; an intensive care facility; a long–term care facility; an outpatient care facility; a community mental health center; a health maintenance organization; a recovery center; a halfway house; an ambulatory care facility; or any other facility offering treatments. | | |
| | **Note 2:** DSHS regulates certain equipment used in the radiology process, but does not per se license mammography clinics. | | |

*Source: TX Attorney General, 8/1/06