

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 27, 2008            **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Lubbock, Texas - Highland Medical Center, L.P., | § | Case No. 08-50202-rlj-11 |
| | § | Chapter 11 |
| *Debtor.* | § | |

### ORDER APPROVING EMPLOYMENT OF COUNSEL FOR THE DEBTOR

Upon the Motion of Lubbock, Texas - Highland Medical Center, L.P., Debtor in Possession in the above-entitled and numbered bankruptcy proceeding ("Debtor"), seeking approval of employment of McWhorter, Cobb & Johnson, LLP, P.O. Box 2547, Lubbock, Texas as counsel to represent the Debtor in all matters pertaining to this case, and it appearing to the Court that McWhorter, Cobb & Johnson, LLP, Lubbock, Texas is qualified to provide the professional services required by the Debtor, and the Court having determined that it is necessary that the Debtor employ such attorney in connection with the administration of the case, and the Court being of the opinion that the employment of said firm is in the best interest of the estate, it is therefore;

**ORDERED, ADJUDGED AND DECREED** that the Debtor is hereby authorized to employ McWhorter, Cobb & Johnson, LLP, Lubbock, Texas as counsel for the Debtor for such compensation as is just and right upon proper submission and approval by the Bankruptcy Court.

### End of Order ###