United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, TX. 75242 (214) 767-8967

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK  DIVISION

| | | |
|---|---|---|
| IN RE: § | | Chapter 11 |
| § | | |
| LUBBOCK, TEXAS HIGHLAND § | | Case No. 08-50202-RLJ-11 |
| MEDICAL CENTER, LP § | | |
| § | | |
| § | | |
| DEBTOR-IN-POSSESSION § | | |

## APPOINTMENT OF THE OFFICIAL UNSECURED CREDITORS COMMITTEE

Pursuant to 11 U.S.C. §1102(a)(1), the following persons are appointed to the Official Unsecured Creditors Committee in this case:

1. Diana Holmes
   Locumtenens.com, LLC
   2655 Northwinds Parkway
   Alpharetta, GA 30004
   (800) 562-8663 x5750
   (678) 992-1390 fax
   (770) 643-5750 direct
   diana@locumtenens.com

2. Craig A. Wilson, Corporate Counsel
   Texas Emergency Room Services, P.A.
   6200 South Syracuse Way
   Suite 200
   Greenwood Village, CO 80111
   (303) 495-1254 direct
   (800) 375-0564 toll free
   (303) 495-1800 fax
   craig.wilson@emsc.net

3. Lisa Stone
   Hallmark Rehabilitation GP, LLC
   27442 Portola Parkway
   Suite 200
   Foothill Ranch, CA 92610
   (949) 282-5988
   (949) 282-5997
   lstone@hrehab.com

Dated:       September 3, 2008         Respectfully submitted,
                                       WILLIAM T. NEARY
                                       UNITED STATES TRUSTEE

                                        /s/William S. Parkinson
                                       William S. Parkinson
                                       Trial Attorney
                                       1100 Commerce St. Room 976
                                       Dallas, TX. 75242
                                       (214) 767-8967
                                       william.s.parkinson@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was either mailed by first class postage-prepaid U.S. Mail or served by ECF on the 3rd day of September 2008 to the persons listed below and to the Committee members.

Max Tarbox, Esq.                       David Langston, Esq.
1722 Broadway                          P.O. Box 2585
Lubbock, Texas 79401                   Lubbock, Texas 79408


                                         /s/William. S. Parkinson
                                       William S. Parkinson