Max R. Tarbox; SBN: 19639950
McWhorter, Cobb & Johnson, LLP
1722 Broadway
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/762-8014 (FAX)
Attorneys for Lubbock, Texas -
Highland Medical Center, L.P.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Lubbock, Texas - Highland Medical Center, L.P. | § | Case No. 08-50202-rlj-11 |
| | § | Chapter 11 Proceeding |
| *Debtor.* | § | |

**DEBTOR'S OBJECTION TO FIRST INSURANCE FUNDING CORP.'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

To The Honorable Robert L. Jones, Bankruptcy Judge:

NOW COMES Lubbock, Texas - Highland Medical Center, L.P., the debtor in possession in the above referenced bankruptcy estate, and files this *Debtor's Objection to First Insurance Funding Corp.'s Motion for Relief From Automatic Stay,* and in support of its motion would respectfully show the Court as follows:

1.      Lubbock, Texas - Highland Medical Center, L.P. (hereinafter "Debtor" or "Respondent"), filed for relief under Chapter 11 of the Bankruptcy Code on May 31, 2008, and is currently operating as a debtor in possession.  Jurisdiction arises under 28 U.S.C. §§ 1334 and 157(b)(2).

2.      On September 22, 2008, Movant First Insurance Funding Corporation ("Movant") filed its Motion for Relief from Automatic Stay (hereinafter the "Motion") claiming that it is a secured creditor as to approximately $167,521.80 in unused insurance premiums belonging to the Debtor.   Pursuant to said request, Movant cites a partially executed finance agreement which it attached as an exhibit to its Motion.

3.      Debtor contends that Movant is in fact an unsecured creditor in this bankruptcy case due to Movant's failure to execute its contract with the Debtor prior to lending said funds.

WHEREFORE, the Debtor requests that the Court enter an Order denying Movant First Insurance Funding Corporation's Motion for Relief from Automatic Stay and such other and further relief as the Court may deem just and proper.

Date: October 6, 2008

Respectfully submitted,

McWhorter, Cobb & Johnson, LLP
1722 Broadway
Lubbock, Texas 79401
(806)762-0214; FAX (806)762-8014


By: __/s/ Max R. Tarbox_____
Max R. Tarbox
State Bar No. 19639950
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I, Max R. Tarbox, do hereby certify that a true and correct copy of the foregoing *Objection* was served by either court enabled electronic service or regular first class U. S. Mail upon the following listed parties on this 6th day of October, 2008:

1. U.S. Trustee
   1100 Commerce Street
   Room 976
   Dallas, TX 75242-1496

2. Clay M. White
   White Shaver
   205 W. Locust
   Tyler, Texas 75702

3. All creditors and parties in interest
   listed on the matrix on file with the
   Bankruptcy Court and attached hereto.


__/s/ Max R. Tarbox_____
Max R. Tarbox

X:\USERS\MAX\Bankruptcy\CH11DEBT\Highland Medical\Objection to MTLS - First Ins Funding.wpd