U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 28, 2008**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Lubbock, Texas - Highland Medical Center, L.P., | § | Case No. 08-50202-rlj-11 |
| | § | Chapter 11 |
| *Debtor.* | § | |

**ORDER APPROVING EMPLOYMENT
OF COLLECTION CONSULTING FIRM**

On this day came to be considered the Motion of Lubbock, Texas - Highland Medical Center,

L.P. ("Debtor"), Debtor in the above-entitled and numbered bankruptcy proceeding, seeking approval of

employment of Lawrence, Evans & Co., LLC., 523 South Third Street, 2nd Floor, Columbus, Ohio,

43215 as a collection consulting firm, and the Court having considered the Debtor's request, and the

Court being of the opinion that Lawrence, Evans & Co., LLC is qualified to render services to the Debtor

and that the employment of such firm is in the best interest of the estate; it is therefore;

**ORDERED, ADJUDGED AND DECREED** that the Debtor is hereby authorized to employ

Lawrence, Evans & Co., LLC., 523 South Third Street, 2nd Floor, Columbus, Ohio, 43215 as collection

consulting firm in this bankruptcy proceeding for such compensation as is just and right upon proper

submission and approval by the Bankruptcy Court.

### End of Order ###