| | | |
|---|---|---|
| Mr. Hershel J. Breig<br>610-A E. Battlefield Rd 200<br>Springfield, MO 65807 | Office of the U.S. Trustee<br>Room 976, 1100 Commerce<br>Dallas, Texas 75242 | Beckman Coulter Inc.<br>Dept CH 10164<br>Palatine, IL 60055 |
| Community Health Systems<br>4000 Meridian Blvd<br>Franklin, TN 37067-6325 | Depuy Orthopedics, Inc.<br>5972 Collection Center Drive<br>Chicago, IL 60693 | GE Healthcare Financial Services<br>P.O. Box 641419<br>Pittsburgh, PA 15264 |
| Griffin Wink Advertising<br>8004 York Avenue<br>Lubbock, Texas 79424 | Hallmark Rehabilitation<br>27442 Portola Parkway<br>Foothill Ranch, CA 92610 | Healthcare Management Systems<br>3102 West End Avenue, Suite 400<br>Nashville, TN 37203 |
| Internal Revenue Service<br>P.O. Box 249<br>Memphis, TN 37203 | International Health Systems<br>8816 Manchester Road<br>#191<br>Brentwood, MO 63144 | Jakeco LOC LLC DBA<br>627 Shadow Creek Blvd<br>Buda, Texas 78610 |
| Locumtenens.com<br>P.O. Box 532869<br>Atlanta, GA 30353 | Luker Pharmacy Mgmt<br>1072 FM 1888<br>Blanco, Texas 78606 | Medicare<br>P.O. Box 1602<br>Omaha, NE 68175 |
| ~~New Direct OP Couns. Center~~<br>~~401 Market Street, Suite 1150~~<br>~~Shreveport, LA 71101~~ | Owens and Minor<br>P.O. Box 841420<br>Dallas, Texas 75284 | Rodney Franklin, MD<br>3106 50th Street, Suite 400<br>Lubbock, Texas 79413 |
| Shared Imaging<br>801 Phoenix Lake Avenue<br>Streamwood, IL 60107 | Tenet Healthcare Corp.<br>P.O. Box 809088<br>Dallas, Texas 75380 | Texas Emergency Room Services, PA<br>7032 Collection Center Drive<br>Chicago, IL 60693 |
| ABCO Fire Protection, Inc.<br>14202 Hwy 87, South<br>Lubbock, Texas 79423 | Jakeco, LLC<br>dba New-Tech Roofing<br>627 Shadow Creek Blvd<br>Buda, Texas 78610 | Lubbock Central Appraisal District<br>P.O. Box 10568<br>Lubbock, Texas 79408 |
| NS Fund I, LLC<br>% Neil Johnson<br>523 South Third Street<br>2nd Floor<br>Columbus, OH 43215 | Peoples Bank<br>3801 34th Street<br>Lubbock, Texas 79410 | Warren Miller<br>% Fidelity National Title<br>1110 N. Post Oak Rd<br>Suite 120<br>Houston, Texas 77055 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Mark Browning<br>Texas Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711 | U.S. Attorney's Office<br>Room 700, 1205 Texas Avenue<br>Lubbock, Texas 79401 |

U.S. Attorney General
U.S. Dept of Justice
10th & Pennsylvania Avenue
Washington, DC 20530

Howard A. Borg
801 Cherry Street, Suite 1700 Unit 4
Fort Worth, Texas 76102-6882
*Attorneys for IRS*

Dick Harris
Law Office of Dick Harris, P.C.
P.O. Box 3835
Abilene, Texas 79604
*Att for Midwest Texas Healthcare*

Richard J. Reynolds
Shuey Smith, LLC
401 Edwards Street, Suite 1300
Shreveport, LA 71101
*Atty for New Direction*

Hal Morris
Texas Attorney General
P.O. Box 12548 - MC008
Austin, Texas 78711

Kent Hale
Craig, Terrill, Hale & Grantham, LLP
P.O. Box 1979
Lubbock, Texas 79408
*Atty for Dos Pansoncitos, Inc.*

Patrick Tyler
Law Office of Patrick Tyler
14909 Banbridge Trail
Austin, Texas 78717
*Atty for Jakeco, LLC*

David R. Langston
Mullin Hoard & Brown, LLP
P.O. Box 2585
Lubbock, Texas 79408

Nathan Villanueva, Bktcy Advisor
Insolvency Group Q-1
IRS - Mail Stop 5027
1100 Commerce Str, 9th Floor
Dallas, Texas 75242

David E. Lemke
511 Union Street, Suite 2700
Nashville City Center
Nashville, TN 37219
*Attorneys for NorthStar Hospital LLC*

Allison Westemeier
Locumtenens.com
2655 Northwind Parkway
Alpharetta, GA 30009
*Requested service*

Ramesh Singh
Recovery Management Systems
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605
*for Sutherlands/GE Money Bank*

Craig L. Caesar
McGlinchey Stafford, PLLC
2711 N. Haskell Avenue, Suite 2700
Dallas, Texas 75204
*Atty for CHS*

Carol E. Jendrzey
Cox Smith Matthews Inc.
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205-1521
*Ombudsman*

Roger A. Key
Key & Terrell, LLP
P.O. Box 64968
Lubbock, Texas 79464
*Atty for Covenant Health Systems*

T. Glenn Ingram
White Shaver
325 N. Saint Paul Str, #1865
Dallas, Texas 75201
*Atty for First Insurance Funding*

P. Howard Bailey, Jr.
1005 Broadway
Lubbock, Texas 79401
*Attorneys for Hart Moving & Storage*

Nolan Greak
Attorney at Law
8008 Slide Road, Suite 30
Lubbock, Texas 79424-2828
*Attorney for NS Funds I, LLC*

Jack O. Nelson, Jr.
1001 Main Street, Suite 601
Lubbock, Texas 79401
*Atty for Peoples Bank*

James Brewer
P.O. Drawer 2800
El Paso, Texas 79999-2800
*Atty for Tenet Healthsystems*

W.J. Wade, Jr.
Field, Manning, Stone, Hawthorne
2112 Indiana Avenue
Lubbock, Texas 79410

Robert A. Aycock
2112 Indiana Avenue
Lubbock, Texas 79410
*Attorneys for Northstar Hospital*

Primeshares
ATTN: Anthony LaGrassa
261 Fifth Avenue, 22nd Floor
New York, NY 10016