p



FILED
JUN 2 2 2009
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

6/09/2009

To: United States Bankruptcy Court
For the Northern District of Texas
Lubbock Division

To Whom It May Concern:

In reference to the bankruptcy of Highland Medical Center, L.P. (Debtor), Case # 08-50202-rlj-11, Chapter 11. We would like to inform the Court of the delinquency of the debtor on their invoices post-bankruptcy. The debtor has failed to stay current on their invoices with us since 6/15/2008. The debtor has a balance of $34,462.90 for outstanding invoices. We have included a copy of the outstanding invoices with this letter. Our original proof of claim is Claim #92. Please contact us if additional information is needed.

Thank you,

Brannon Cox
HMS Staff Accountant
bcox@hmstn.com
1-615-386-2432

TMOR05

HEALTHCARE MANAGEMENT SYSTEMS

DETAIL AGEING REPORT

AGE BY : INVOICE DATE
SORTED BY : CLIENT NAME
AGEING DATE: 6/09/09
UNBILLED EXCLUDED

DATE: 6/09/09
TIME: 10:22:50
PAGE: 128

| CLIENT / INVOICE / LAST PYMT | UNBILLED | 0 -30 | 31 -60 | 61 -90 | 91 -120 | 121 -150 | 151 -180 | 181+ | CLIENT TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| ** CLIENT TOTALS: | .00 | 1,098.14 | .00 | .00 | .00 | .00 | .00 | .00 | 1,098.14 |
| **Select-Rehab-Penn State 656 - 81525** | | | | | | | | | |
| 05170 5/15/09 2,465.37 PYMT: | | 2,465.37 | | | | | | | |
| ** CLIENT TOTALS: | .00 | 2,465.37 | .00 | .00 | .00 | .00 | .00 | .00 | 2,465.37 |
| **SemperCare Inc - 81500** | | | | | | | | | |
| 05166 5/15/09 14,054.16 PYMT: | | 14,054.16 | | | | | | | |
| ** CLIENT TOTALS: | .00 | 14,054.16 | .00 | .00 | .00 | .00 | .00 | .00 | 14,054.16 |
| **Shiloh-Highland Medical Center - 72700** | | | | | | | | | |
| 92751 6/15/08 8,625.90 PYMT: | | | | | | | | 8,625.90 | |
| 93804 7/15/08 8,601.60 PYMT: | | | | | | | | 8,601.60 | |
| 94856 8/15/08 8,601.60 PYMT: | | | | | | | | 8,601.60 | |
| 95831 9/15/08 8,633.80 PYMT: | | | | | | | | 8,633.80 | |
| ** CLIENT TOTALS: | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 34,462.90 | 34,462.90 |
| **Shoal Creek Psychiatric Hospital - 28500** | | | | | | | | | |
| 04715 5/15/09 7,071.61 PYMT: | | 7,071.61 | | | | | | | |
| 04716 5/15/09 38.55 PYMT: | | 38.55 | | | | | | | |

PAGE #: 1

Accounts Payable
Shiloh-Highland Medical Center
2412 50th Street
Lubbock, TX 79412

INVOICE #: 92751
CLIENT #: 72700
INVOICE DATE: 6/15/08
PAYMENT DUE DATE: 7/15/08

BILLING DATES FROM: 5/01/08 TO: 5/31/08

| HOURS BILLED | DESCRIPTION OF CHARGES | | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| | MAINTENANCE AGREEMENT | FOR 07/08 | | 7,946.05 |
| | UPS | | | 24.30 |
| | | | | -------- |
| | | | SUBTOTAL | 7,970.35 |
| | STATE TAX @ 6.25% | | | 496.63 |
| | COUNTY TAX @ 0.50% | | | 39.73 |
| | LOCAL TAX @ 1.50% | | | 119.19 |

*** REMIT TO : HEALTHCARE MANAGEMENT SYSTEMS ***
*** 3102 WEST END AVENUE, SUITE 400 ***
*** NASHVILLE, TN 37203 ***

8,625.90

RUN DATE : 6/17/08 HEALTHCARE MANAGEMENT SYSTEMS PAGE #: 1357
INVOICE #: 92751 DETAIL INVOICE INVOICE DATE: 6/15/08
UPDATE FROM 5/01/08 THRU 5/31/08
** CLIENT: 72700 Shiloh-Highland Medical Center

| DATE | TICKET # | EMP | SEQ # | APPL | ACTION CODE | DESCRIPTION | TIME | RATE | AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|---|---|---|
| *** SUMMARY CODE: 810 MAINTENANCE AGREEMENT | | | | | | | | | | |
| 5/31/08 | | | 698825 | | | MAINTENANCE AGREEMENT | | .00 | 7946.05 | ( ) |
| | | | | | | **SUMMARY TOTAL** | .00 | | 7946.05 | |
| *** SUMMARY CODE: 909 UPS | | | | | | | | | | |
| 6/06/08 | | | 688023 | | | UPS/5RV532188 | | .00 | 24.30 | ( ) |
| | | | | | | **SUMMARY TOTAL** | .00 | | 24.30 | |
| *** SUMMARY CODE: 999 HMS NON CHARGEABLE | | | | | | | | | | |
| 5/29/08 | | MERIW | 686529 | OT | CS-CLIENT SUPPORT | WANTED TO WHO THEIR ACCOUNT REP. MIKE BI | .25 | 95.00 | 23.75 | ( ) |
| 5/02/08 | | CROUT | 646003 | RX | CS-CLIENT SUPPORT | EMAILED MEDISPAN INSTRUCTIONS FROM REGIS | .25 | 95.00 | 23.75 | ( ) |
| | | | | | | **SUMMARY TOTAL** | .50 | | 47.50 | |
| *** SUMMARY CODE: 1 SALES TAX | | | | | | | | | | |
| 5/31/08 | | | 699046 | | | *** LESS MAINT AGREEMENT *** | 999.99 | 95.00 | .00 | ( ) |
| 5/02/08 | | | 646003 | RX | | *** LESS MAINT AGREEMENT *** | 999.99 | 95.00 | .00 | ( ) |
| 5/02/08 | | | 646003 | RX | | STATE TAX @ 6.25% | | .00 | 496.63 | ( ) |
| 5/02/08 | | | 646003 | RX | | COUNTY TAX @ 0.50% | | .00 | 39.73 | ( ) |
| 5/02/08 | | | 646003 | RX | | LOCAL TAX @ 1.50% | | .00 | 119.19 | ( ) |

| | APPLICATION | AMOUNT | EXP DT |
|---|---|---|---|
| BD01 | BAD DEBT COLLECTION | 109.73 | 0/00/00 |
| PA01 | PATIENT ACCOUNTING | 740.65 | 0/00/00 |
| INSE | ELIGIBILITY | 82.30 | 0/00/00 |
| MR01 | HEALTH INFO MGMT | 466.34 | 0/00/00 |
| MR09 | 3M ENCODER INTERFACE | 54.86 | 0/00/00 |
| AP01 | ACCOUNTS PAYABLE | 87.78 | 0/00/00 |
| GL01 | GENERAL LEDGER | 219.45 | 0/00/00 |
| PR01 | PAYROLL / HR | 219.45 | 0/00/00 |
| OE01 | ORDER COMMUNICATIONS | 548.63 | 0/00/00 |
| RX01 | NARCOTICS TRACKING | .00 | 0/00/00 |
| PH04 | MEDISPAN DATABASE | 356.61 | 0/00/00 |
| LBMT | LABORATORY | 411.47 | 0/00/00 |
| EB03 | ELECTRN BILLING 837 | 60.48 | 0/00/00 |
| HPP2 | HL7 CHARGES PERF RX | 154.72 | 0/00/00 |
| KRON | KRONOS INTERFACE | 137.16 | 0/00/00 |
| PRM1 | HL7 ADT PROMED | 525.59 | 0/00/00 |
| SNI1 | SNI LAB INTERFACE | 331.37 | 0/00/00 |
| MM01 | MATERIALS MANAGEMENT | 219.45 | 0/00/00 |
| CTMA | CONTRACT MANAGEMENT | 219.45 | 0/00/00 |
| APC | APC | .00 | 0/00/00 |
| MN01 | MEDICAL NECESSITY | .00 | 0/00/00 |
| MR05 | STATE REPORTING | .00 | 0/00/00 |
| MB01 | MICROBIOLOGY | .00 | 0/00/00 |
| TL01 | TL ASHFORD SW | .00 | 0/00/00 |
| EFOR | ELECTRONIC FORMS | 164.59 | 0/00/00 |
| PH03 | PHARMACY | 438.90 | 0/00/00 |
| EIS1 | EXECUTIVE VIEW | 109.73 | 0/00/00 |



PAGE #: 1

Accounts Payable
Shiloh-Highland Medical Center
2412 50th Street
Lubbock, TX 79412

INVOICE #: 93804
CLIENT #: 72700
INVOICE DATE: 7/15/08
PAYMENT DUE DATE: 8/15/08

BILLING DATES FROM: 6/01/08 TO: 6/30/08

| HOURS BILLED | DESCRIPTION OF CHARGES | | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| | MAINTENANCE AGREEMENT | FOR 08/08 | | 7,946.05 |
| | | | | -------- |
| | | | SUBTOTAL | 7,946.05 |
| | STATE TAX @ 6.25% | | | 496.63 |
| | COUNTY TAX @ 0.50% | | | 39.73 |
| | LOCAL TAX @ 1.50% | | | 119.19 |

*** REMIT TO : HEALTHCARE MANAGEMENT SYSTEMS ***
*** 3102 WEST END AVENUE, SUITE 400 ***
*** NASHVILLE, TN 37203 ***

8,601.60

RUN DATE : 7/16/08 HEALTHCARE MANAGEMENT SYSTEMS PAGE #: 1296
INVOICE #: 93804 DETAIL INVOICE INVOICE DATE: 7/15/08
UPDATE FROM 6/01/08 THRU 6/30/08
** CLIENT: 72700 Shiloh-Highland Medical Center

| DATE | TICKET # | EMP | SEQ # | APPL | ACTION CODE | DESCRIPTION | TIME | RATE | AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|---|---|---|
| *** SUMMARY CODE: 810 MAINTENANCE AGREEMENT | | | | | | | | | | |
| 6/30/08 | | | 747562 | | | MAINTENANCE AGREEMENT | | .00 | 7946.05 | ( ) |
| | | | | | | **SUMMARY TOTAL** | .00 | | 7946.05 | |
| *** SUMMARY CODE: 999 HMS NON CHARGEABLE | | | | | | | | | | |
| 6/24/08 | | GOSS, | 727245 | PA | CS-CLIENT SUPPORT | THEY ENDED DAYEND WITH A 'C' AND WANT TO | .25 | 95.00 | 23.75 | ( ) |
| | | | | | | **SUMMARY TOTAL** | .25 | | 23.75 | |
| *** SUMMARY CODE: 1 SALES TAX | | | | | | | | | | |
| 7/08/08 | | | 745736 | PA | | *** LESS MAINT AGREEMENT *** | 999.99 | 95.00 | .00 | ( ) |
| 7/08/08 | | | 745736 | PA | | STATE TAX @ 6.25% | | .00 | 496.63 | ( ) |
| 7/08/08 | | | 745736 | PA | | COUNTY TAX @ 0.50% | | .00 | 39.73 | ( ) |
| 7/08/08 | | | 745736 | PA | | LOCAL TAX @ 1.50% | | .00 | 119.19 | ( ) |

| | APPLICATION | AMOUNT | EXP DT |
|---|---|---|---|
| BD01 | BAD DEBT COLLECTION | 109.73 | 0/00/00 |
| PA01 | PATIENT ACCOUNTING | 740.65 | 0/00/00 |
| INSE | ELIGIBILITY | 82.30 | 0/00/00 |
| MR01 | HEALTH INFO MGMT | 466.34 | 0/00/00 |
| MR09 | 3M ENCODER INTERFACE | 54.86 | 0/00/00 |
| AP01 | ACCOUNTS PAYABLE | 87.78 | 0/00/00 |
| GL01 | GENERAL LEDGER | 219.45 | 0/00/00 |
| PR01 | PAYROLL / HR | 219.45 | 0/00/00 |
| OE01 | ORDER COMMUNICATIONS | 548.63 | 0/00/00 |
| PH04 | MEDISPAN DATABASE | 356.61 | 0/00/00 |
| LBMT | LABORATORY | 411.47 | 0/00/00 |
| EB03 | ELECTRN BILLING 837 | 60.48 | 0/00/00 |
| HPP2 | HL7 CHARGES PERF RX | 154.72 | 0/00/00 |
| KRON | KRONOS INTERFACE | 137.16 | 0/00/00 |
| PRM1 | HL7 ADT PROMED | 525.59 | 0/00/00 |
| SNI1 | SNI LAB INTERFACE | 331.37 | 0/00/00 |
| MM01 | MATERIALS MANAGEMENT | 219.45 | 0/00/00 |
| CTMA | CONTRACT MANAGEMENT | 219.45 | 0/00/00 |
| APC | APC | .00 | 0/00/00 |
| MN01 | MEDICAL NECESSITY | .00 | 0/00/00 |
| MR05 | STATE REPORTING | .00 | 0/00/00 |
| MB01 | MICROBIOLOGY | .00 | 0/00/00 |
| TL01 | TL ASHFORD SW | .00 | 0/00/00 |
| EFOR | ELECTRONIC FORMS | 164.59 | 0/00/00 |
| PH03 | PHARMACY | 438.90 | 0/00/00 |
| EIS1 | EXECUTIVE VIEW | 109.73 | 0/00/00 |
| EFRM | EFORMS MAINTENANCE | 164.59 | 0/00/00 |
| RD01 | RADIOLOGY | 210.00 | 0/00/00 |
| EMAR | ELECTRONIC MAR'S | 236.25 | 0/00/00 |
| IS01 | PATIENT SCHEDULING | 330.75 | 0/00/00 |
| CSPA | CLINICAL VIEW | 525.00 | 0/00/00 |
| ORMG | SURGERY MANAGEMENT | 330.75 | 0/00/00 |
| PC-B | BROWSER PATIENT CARE | 315.00 | 0/00/00 |
| ORSC | OUTREACH SCHEDULING | 125.00 | 0/00/00 |

INVOICE #: 93804 DETAIL INVOICE INVOICE DATE: 7/15/08

UPDATE FROM 6/01/08 THRU 6/30/08

** CLIENT: 72700 Shiloh-Highland Medical Center

| DATE | TICKET # | EMP | SEQ # | APPL | ACTION CODE | | DESCRIPTION | TIME | RATE | AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *** SUMMARY CODE: | | 1 | | | | | | | | | |
| ASEC | ADVANCED SECURITY | | | | 50.00 | 0/00/00 | | | | | |
| | | | | | 7,946.05 | | | | | | |
| | | | | | | | **SUMMARY TOTAL** | 999.99 | | 655.55 | |
| | | | | | | | **CLIENT TOTAL** | 1000.24 | | 8625.35 | |

PAGE #: 1

Accounts Payable
Shiloh-Highland Medical Center
2412 50th Street
Lubbock, TX 79412

INVOICE #: 94856
CLIENT #: 72700
INVOICE DATE: 8/15/08
PAYMENT DUE DATE: 9/15/08

BILLING DATES FROM: 7/01/08 TO: 7/31/08

| HOURS BILLED | DESCRIPTION OF CHARGES | | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| | MAINTENANCE AGREEMENT | FOR 09/08 | | 7,946.05 |
| | | | | -------- |
| | | | SUBTOTAL | 7,946.05 |
| | STATE TAX @ 6.25% | | | 496.63 |
| | COUNTY TAX @ 0.50% | | | 39.73 |
| | LOCAL TAX @ 1.50% | | | 119.19 |

*** REMIT TO : HEALTHCARE MANAGEMENT SYSTEMS ***
*** 3102 WEST END AVENUE, SUITE 400 ***
*** NASHVILLE, TN 37203 ***

8,601.60

RUN DATE : 8/15/08 HEALTHCARE MANAGEMENT SYSTEMS PAGE #: 1398
INVOICE #: 94856 DETAIL INVOICE INVOICE DATE: 8/15/08
UPDATE FROM 7/01/08 THRU 7/31/08
** CLIENT: 72700 Shiloh-Highland Medical Center

| DATE | TICKET # | EMP | SEQ # | APPL | ACTION CODE | DESCRIPTION | TIME | RATE | AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|---|---|---|
| *** SUMMARY CODE: 810 MAINTENANCE AGREEMENT | | | | | | | | | | |
| 7/31/08 | | | 788704 | | | MAINTENANCE AGREEMENT | | .00 | 7946.05 | ( ) |
| | | | | | | **SUMMARY TOTAL** | .00 | | 7946.05 | |
| *** SUMMARY CODE: 999 HMS NON CHARGEABLE | | | | | | | | | | |
| 7/29/08 | | SPICE | 775858 | HW | CS-CLIENT SUPPORT | NEEDS A SYSTEM CLEAN UP | .25 | 95.00 | 23.75 | ( ) |
| 7/22/08 | | BETTI | 765937 | HW | CS-CLIENT SUPPORT | SOMEONE AT FACILITY CHANGED PASSWORD TO | .25 | 95.00 | 23.75 | ( ) |
| 7/16/08 | | DAVEN | 756763 | PA | CS - CLIENT SPT NON- | ERROR IN DAYEND, CAN'T LOG IN TO BOX, TH | .25 | 95.00 | 23.75 | ( ) |
| 7/16/08 | | RYMER | 756761 | PA | CS-CLIENT SUPPORT | ERROR IN DAYEND, CAN'T LOG IN TO BOX, TH | .25 | 95.00 | 23.75 | ( ) |
| 7/16/08 | | RYMER | 756762 | PA | CS - CLIENT SPT NON- | ERROR IN DAYEND, CAN'T LOG IN TO BOX, TH | .25 | 95.00 | 23.75 | ( ) |
| 7/16/08 | | RYMER | 756765 | PA | CS - CLIENT SPT NON- | ERROR IN DAYEND, CAN'T LOG IN TO BOX, TH | .25 | 95.00 | 23.75 | ( ) |
| 7/03/08 | | EPPER | 735730 | PA | P-ANALYSIS DES / RES | CHG MSTR MAINT SHOULD CHK MM B4 DELETE | 1.50 | 95.00 | 142.50 | ( ) |
| 7/01/08 | | EPPER | 735731 | PA | P-ANALYSIS DES / RES | CHG MSTR MAINT SHOULD CHK MM B4 DELETE | 1.50 | 95.00 | 142.50 | ( ) |
| 7/09/08 | | EPPER | 745735 | PA | P-PROGRAMMER TESTING | TSTED W CALL TO NEW RX PGM. | 1.00 | 95.00 | 95.00 | ( ) |
| 7/08/08 | | EPPER | 745736 | PA | P-PROGRAMMER TESTING | CHG MSTR MAINT SHOULD CHK MM B4 DELETE | 1.50 | 95.00 | 142.50 | ( ) |
| 7/16/08 | | TROUT | 756764 | PA | CS - CLIENT SPT NON- | ERROR IN DAYEND, CAN'T LOG IN TO BOX, TH | .50 | 95.00 | 47.50 | ( ) |
| 7/21/08 | | SPRIN | 765936 | RR | CS - CLIENT SPT NON- | COULD NOT RESULT AN ORDER | .25 | 95.00 | 23.75 | ( ) |
| 7/29/08 | | SPRIN | 775859 | RR | CS - CLIENT SPT NON- | ADVISED HIM THEY ARE ON SUPPORT HOLD | .25 | 95.00 | 23.75 | ( ) |
| | | | | | | **SUMMARY TOTAL** | 8.00 | | 760.00 | |
| *** SUMMARY CODE: 1 SALES TAX | | | | | | | | | | |
| 7/29/08 | | | 775859 | RR | | *** LESS MAINT AGREEMENT *** | 999.99 | 95.00 | .00 | ( ) |
| 7/29/08 | | | 775859 | RR | | STATE TAX @ 6.25% | | .00 | 496.63 | ( ) |
| 7/29/08 | | | 775859 | RR | | COUNTY TAX @ 0.50% | | .00 | 39.73 | ( ) |
| 7/29/08 | | | 775859 | RR | | LOCAL TAX @ 1.50% | | .00 | 119.19 | ( ) |

| | APPLICATION | AMOUNT | EXP DT |
|---|---|---|---|
| BD01 | BAD DEBT COLLECTION | 109.73 | 0/00/00 |
| PA01 | PATIENT ACCOUNTING | 740.65 | 0/00/00 |
| INSE | ELIGIBILITY | 82.30 | 0/00/00 |
| MR01 | HEALTH INFO MGMT | 466.34 | 0/00/00 |
| MR09 | 3M ENCODER INTERFACE | 54.86 | 0/00/00 |
| AP01 | ACCOUNTS PAYABLE | 87.78 | 0/00/00 |
| GL01 | GENERAL LEDGER | 219.45 | 0/00/00 |
| PR01 | PAYROLL / HR | 219.45 | 0/00/00 |
| OE01 | ORDER COMMUNICATIONS | 548.63 | 0/00/00 |
| PH04 | MEDISPAN DATABASE | 356.61 | 0/00/00 |
| LBMT | LABORATORY | 411.47 | 0/00/00 |
| EB03 | ELECTRN BILLING 837 | 60.48 | 0/00/00 |
| HPP2 | HL7 CHARGES PERF RX | 154.72 | 0/00/00 |
| KRON | KRONOS INTERFACE | 137.16 | 0/00/00 |
| PRM1 | HL7 ADT PROMED | 525.59 | 0/00/00 |
| SNI1 | SNI LAB INTERFACE | 331.37 | 0/00/00 |
| MM01 | MATERIALS MANAGEMENT | 219.45 | 0/00/00 |
| CTMA | CONTRACT MANAGEMENT | 219.45 | 0/00/00 |
| APC | APC | .00 | 0/00/00 |
| MN01 | MEDICAL NECESSITY | .00 | 0/00/00 |
| MR05 | STATE REPORTING | .00 | 0/00/00 |
| MB01 | MICROBIOLOGY | .00 | 0/00/00 |

RUN DATE : 8/15/08 HEALTHCARE MANAGEMENT SYSTEMS PAGE #: 1399
INVOICE #: 94856 DETAIL INVOICE INVOICE DATE: 8/15/08
UPDATE FROM 7/01/08 THRU 7/31/08
** CLIENT: 72700 Shiloh-Highland Medical Center

| DATE | TICKET # | EMP | SEQ # | APPL | ACTION CODE | | DESCRIPTION | TIME | RATE | AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *** SUMMARY CODE: 1 | | | | | | | | | | | |
| TL01 | TL ASHFORD SW | | | | .00 | 0/00/00 | | | | | |
| EFOR | ELECTRONIC FORMS | | | | 164.59 | 0/00/00 | | | | | |
| PH03 | PHARMACY | | | | 438.90 | 0/00/00 | | | | | |
| EIS1 | EXECUTIVE VIEW | | | | 109.73 | 0/00/00 | | | | | |
| EFRM | EFORMS MAINTENANCE | | | | 164.59 | 0/00/00 | | | | | |
| RD01 | RADIOLOGY | | | | 210.00 | 0/00/00 | | | | | |
| EMAR | ELECTRONIC MAR'S | | | | 236.25 | 0/00/00 | | | | | |
| IS01 | PATIENT SCHEDULING | | | | 330.75 | 0/00/00 | | | | | |
| CSPA | CLINICAL VIEW | | | | 525.00 | 0/00/00 | | | | | |
| ORMG | SURGERY MANAGEMENT | | | | 330.75 | 0/00/00 | | | | | |
| PC-B | BROWSER PATIENT CARE | | | | 315.00 | 0/00/00 | | | | | |
| ORSC | OUTREACH SCHEDULING | | | | 125.00 | 0/00/00 | | | | | |
| ASEC | ADVANCED SECURITY | | | | 50.00 | 0/00/00 | | | | | |
| | | | | | 7,946.05 | | | | | | |
| | | | | | | | **SUMMARY TOTAL** | 999.99 | | 655.55 | |
| | | | | | | | **CLIENT TOTAL** | 1007.99 | | 9361.60 | |

PAGE #: 1

Accounts Payable
Shiloh-Highland Medical Center
2412 50th Street
Lubbock, TX 79412

INVOICE #: 95831
CLIENT #: 72700
INVOICE DATE: 9/15/08
PAYMENT DUE DATE: 10/15/08

BILLING DATES FROM: 8/01/08 TO: 8/31/08

| HOURS BILLED | DESCRIPTION OF CHARGES | HOURLY RATE | AMOUNT |
|---|---|---|---|
| | MAINTENANCE AGREEMENT FOR 10/08 | | 7,946.05 |
| | UPS | | 32.20 |
| | | | -------- |
| | | SUBTOTAL | 7,978.25 |
| | STATE TAX @ 6.25% | | 496.63 |
| | COUNTY TAX @ 0.50% | | 39.73 |
| | LOCAL TAX @ 1.50% | | 119.19 |

*** REMIT TO : HEALTHCARE MANAGEMENT SYSTEMS ***
*** 3102 WEST END AVENUE, SUITE 400 ***
*** NASHVILLE, TN 37203 ***

8,633.80

RUN DATE : 9/15/08 HEALTHCARE MANAGEMENT SYSTEMS PAGE #: 1398
INVOICE #: 95831 DETAIL INVOICE INVOICE DATE: 9/15/08
UPDATE FROM 8/01/08 THRU 8/31/08
** CLIENT: 72700 Shiloh-Highland Medical Center

| DATE | TICKET # | EMP | SEQ # | APPL | ACTION CODE | DESCRIPTION | TIME | RATE | AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|---|---|---|
| *** SUMMARY CODE: | 810 MAINTENANCE AGREEMENT | | | | | | | | | |
| 8/31/08 | | | 828342 | | | MAINTENANCE AGREEMENT | | .00 | 7946.05 | ( ) |
| | | | | | | **SUMMARY TOTAL** | .00 | | 7946.05 | |
| *** SUMMARY CODE: | 909 UPS | | | | | | | | | |
| 9/05/08 | | | 827192 | | | UPS/5RV532318 | | .00 | 32.20 | ( ) |
| | | | | | | **SUMMARY TOTAL** | .00 | | 32.20 | |
| *** SUMMARY CODE: | 999 HMS NON CHARGEABLE | | | | | | | | | |
| 8/12/08 | | MERIW | 797155 | HW | CS-CLIENT SUPPORT | SYSTEM SPACE IS AT 91%.. WILL NEED TO DO | .25 | 95.00 | 23.75 | ( ) |
| 8/13/08 | | MERIW | 797157 | HW | CS - CLIENT SPT NON- | SYSTEM SPACE IS AT 91%.. WILL NEED TO DO | .50 | 95.00 | 47.50 | ( ) |
| 8/04/08 | | YEWEL | 786343 | MR | CS - CLIENT SPT NON- | TRYING TO RUN CASE MIX AND GETTING ERROR | .25 | 95.00 | 23.75 | ( ) |
| 8/05/08 | | YEWEL | 786344 | MR | CS - CLIENT SPT NON- | TRYING TO RUN CASE MIX AND GETTING ERROR | .25 | 95.00 | 23.75 | ( ) |
| 8/12/08 | | DAY, | 797154 | PA | CS-CLIENT SUPPORT | COMBINING ACCOUNTS | .25 | 95.00 | 23.75 | ( ) |
| 8/18/08 | | DUPRE | 806876 | RX | CS - CLIENT SPT NON- | MSG USER IS TOURSBOU | .50 | 95.00 | 47.50 | ( ) |
| 8/15/08 | | SWEEN | 797168 | RX | CS - CLIENT SPT NON- | MSG USER IS TOURSBOU | .25 | 95.00 | 23.75 | ( ) |
| 8/13/08 | | ROSS, | 797159 | RX | CS - CLIENT SPT NON- | NEED TO TURN ON FAMILY RX | .25 | 95.00 | 23.75 | ( ) |
| 8/12/08 | | MILLE | 797153 | RX | CS - CLIENT SPT NON- | NEED TO TURN ON FAMILY RX | .50 | 95.00 | 47.50 | ( ) |
| 8/13/08 | | MILLE | 797156 | RX | CS - CLIENT SPT NON- | NEED TO TURN ON FAMILY RX | .25 | 95.00 | 23.75 | ( ) |
| 8/14/08 | | JOHNS | 797161 | RX | CS-CLIENT SUPPORT | MSG USER IS TOURSBOU | .25 | 95.00 | 23.75 | ( ) |
| 8/14/08 | | JOHNS | 797162 | RX | CS - CLIENT SPT NON- | MSG USER IS TOURSBOU | .25 | 95.00 | 23.75 | ( ) |
| 8/14/08 | | JOHNS | 797164 | RX | CS - CLIENT SPT NON- | MSG USER IS TOURSBOU | .25 | 95.00 | 23.75 | ( ) |
| 8/15/08 | | JOHNS | 797167 | RX | CS - CLIENT SPT NON- | MSG USER IS TOURSBOU | .25 | 95.00 | 23.75 | ( ) |
| 8/15/08 | | JOHNS | 797169 | RX | CS - CLIENT SPT NON- | MSG USER IS TOURSBOU | .25 | 95.00 | 23.75 | ( ) |
| 8/13/08 | | STRAT | 797158 | RX | CS-CLIENT SUPPORT | NEED TO TURN ON FAMILY RX | .50 | 95.00 | 47.50 | ( ) |
| 8/14/08 | | STRAT | 797160 | RX | CS - CLIENT SPT NON- | NEED TO TURN ON FAMILY RX | .25 | 95.00 | 23.75 | ( ) |
| 8/14/08 | | STRAT | 797163 | RX | CS - CLIENT SPT NON- | MSG USER IS TOURSBOU | .25 | 95.00 | 23.75 | ( ) |
| 8/12/08 | | LANGL | 797152 | RX | CS-CLIENT SUPPORT | WHO HAS THE SECURITY TO GET INTO THE RX | .25 | 95.00 | 23.75 | ( ) |
| 8/14/08 | | WEBST | 797165 | RX | CS - CLIENT SPT NON- | MSG USER IS TOURSBOU | .25 | 95.00 | 23.75 | ( ) |
| 8/15/08 | | WEBST | 797166 | RX | CS - CLIENT SPT NON- | MSG USER IS TOURSBOU | .25 | 95.00 | 23.75 | ( ) |
| | | | | | | **SUMMARY TOTAL** | 6.25 | | 593.75 | |
| *** SUMMARY CODE: | 1 SALES TAX | | | | | | | | | |
| 8/15/08 | | | 797166 | RX | | *** LESS MAINT AGREEMENT *** | 999.99 | 95.00 | .00 | ( ) |
| 8/15/08 | | | 797166 | RX | | STATE TAX @ 6.25% | | .00 | 496.63 | ( ) |
| 8/15/08 | | | 797166 | RX | | COUNTY TAX @ 0.50% | | .00 | 39.73 | ( ) |
| 8/15/08 | | | 797166 | RX | | LOCAL TAX @ 1.50% | | .00 | 119.19 | ( ) |

| | APPLICATION | AMOUNT | EXP DT |
|---|---|---|---|
| BD01 | BAD DEBT COLLECTION | 109.73 | 0/00/00 |
| PA01 | PATIENT ACCOUNTING | 740.65 | 0/00/00 |
| INSE | ELIGIBILITY | 82.30 | 0/00/00 |
| MR01 | HEALTH INFO MGMT | 466.34 | 0/00/00 |
| MR09 | 3M ENCODER INTERFACE | 54.86 | 0/00/00 |
| AP01 | ACCOUNTS PAYABLE | 87.78 | 0/00/00 |
| GL01 | GENERAL LEDGER | 219.45 | 0/00/00 |
| PR01 | PAYROLL / HR | 219.45 | 0/00/00 |
| OE01 | ORDER COMMUNICATIONS | 548.63 | 0/00/00 |

RUN DATE : 9/15/08 HEALTHCARE MANAGEMENT SYSTEMS PAGE #: 1399
INVOICE #: 95831 DETAIL INVOICE INVOICE DATE: 9/15/08
UPDATE FROM 8/01/08 THRU 8/31/08
** CLIENT: 72700 Shiloh-Highland Medical Center

| DATE | TICKET # | EMP | SEQ # | APPL | ACTION CODE | DESCRIPTION | TIME | RATE | AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|---|---|---|
| *** SUMMARY CODE: 1 | | | | | | | | | | |
| PH04 | MEDISPAN DATABASE | | | | 356.61 0/00/00 | | | | | |
| LBMT | LABORATORY | | | | 411.47 0/00/00 | | | | | |
| EB03 | ELECTRN BILLING 837 | | | | 60.48 0/00/00 | | | | | |
| HPP2 | HL7 CHARGES PERF RX | | | | 154.72 0/00/00 | | | | | |
| KRON | KRONOS INTERFACE | | | | 137.16 0/00/00 | | | | | |
| PRM1 | HL7 ADT PROMED | | | | 525.59 0/00/00 | | | | | |
| SNI1 | SNI LAB INTERFACE | | | | 331.37 0/00/00 | | | | | |
| MM01 | MATERIALS MANAGEMENT | | | | 219.45 0/00/00 | | | | | |
| CTMA | CONTRACT MANAGEMENT | | | | 219.45 0/00/00 | | | | | |
| APC | APC | | | | .00 0/00/00 | | | | | |
| MN01 | MEDICAL NECESSITY | | | | .00 0/00/00 | | | | | |
| MR05 | STATE REPORTING | | | | .00 0/00/00 | | | | | |
| MB01 | MICROBIOLOGY | | | | .00 0/00/00 | | | | | |
| TL01 | TL ASHFORD SW | | | | .00 0/00/00 | | | | | |
| EFOR | ELECTRONIC FORMS | | | | 164.59 0/00/00 | | | | | |
| PH03 | PHARMACY | | | | 438.90 0/00/00 | | | | | |
| EIS1 | EXECUTIVE VIEW | | | | 109.73 0/00/00 | | | | | |
| EFRM | EFORMS MAINTENANCE | | | | 164.59 0/00/00 | | | | | |
| RD01 | RADIOLOGY | | | | 210.00 0/00/00 | | | | | |
| EMAR | ELECTRONIC MAR'S | | | | 236.25 0/00/00 | | | | | |
| IS01 | PATIENT SCHEDULING | | | | 330.75 0/00/00 | | | | | |
| CSPA | CLINICAL VIEW | | | | 525.00 0/00/00 | | | | | |
| ORMG | SURGERY MANAGEMENT | | | | 330.75 0/00/00 | | | | | |
| PC-B | BROWSER PATIENT CARE | | | | 315.00 0/00/00 | | | | | |
| ORSC | OUTREACH SCHEDULING | | | | 125.00 0/00/00 | | | | | |
| ASEC | ADVANCED SECURITY | | | | 50.00 0/00/00 | | | | | |
| | | | | | 7,946.05 | | | | | |
| | | | | | | **SUMMARY TOTAL** | 999.99 | | 655.55 | |
| | | | | | | **CLIENT TOTAL** | 1006.24 | | 9227.55 | |